| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100     FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff(s): Xiaomeng Lian, et al | | | | |
| Defendant: Tuya, Inc., et al | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV06792JPC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Individual Rules and Practices in Civil Cases for Judge John P. Cronan; ECF Rules & Instructions

3. a. Party served:   Tuya Inc.
   b. Person served:  Amanda Fox-Schurkus, Agent for Service

4. Address where the party was served:   Cogency Global, Inc.
   122 East 42nd Street
   18th Floor
   New York, NY 10168

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 12, 2022 (2) at: 10:38AM

7. **Person Who Served Papers:**
   a. Bobby Ali
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   8/15/22    (Signature)
   (Date)

8. STATE OF NEW YORK, COUNTY OF New York
   Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2022 by Bobby Ali proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   STEVEN MITCHELL
   Notary Public, State of New York
   Reg. No.01-MI-6326046
   Qualified in New York County
   Commission Expires June 8, 20 23

   AFFIDAVIT OF SERVICE
   Summons and Complaint

   (Notary Signature)

   sarud.237516