

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 1, 2022

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

**BY ECF AND E-MAIL**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

Re: *Lian v. Tuya Inc.*, No. 1:22-cv-6792 (JPC)

Dear Judge Cronan:

Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write on behalf of Defendants Morgan Stanley & Co. LLC and BofA Securities, Inc. (the "Served Underwriter Defendants"), with Plaintiff's consent, to respectfully request an adjournment of the deadline for the Served Underwriter Defendants to file responses to Plaintiff's Complaint, currently due September 2, 2022.[1]

Given that the Complaint is subject to the Lead Plaintiff appointment process under the Private Securities Litigation Reform Act of 1995, and that, once appointed, the Lead Plaintiff will have the opportunity to file an amended complaint in the action, we respectfully request that the Court direct that (i) the Served Underwriter Defendants need not file any response to the Complaint at this time and (ii) once a Lead Plaintiff is appointed in this action, the Served Underwriter Defendants shall confer with counsel for Lead Plaintiff concerning a schedule for responses to the Complaint or any amended complaint to be filed by Lead Plaintiff, which schedule shall be subject to Court approval.[2]

---

[1] Although we sought Plaintiff's consent to this request earlier, we did not learn of Plaintiff's position until today, September 1, 2022, which is why this adjournment request was not filed more than 48 hours before the current due date for responses to the Complaint.

[2] In the event that Ropes & Gray LLP represents the other underwriters defendants in this action—China International Capital Corporation Hong Kong Securities Limited, Tiger Brokers

The Served Underwriter Defendants have not previously requested any adjournment in this action. As noted, Plaintiff has consented to this request.

We are available should the Court have any questions.

Respectfully submitted,

*/s/ Gregg L. Weiner*

Gregg L. Weiner

cc: All counsel of record (via ECF)

---

(NZ) Limited, and CMB International Capital Limited—which to date have not been served in the action, we will endeavor to ensure those defendants are on the same schedule for responding in the action as the Served Underwriter Defendants.