UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
XIAOMENG LIAN, Individually and on Behalf of All    :
Others Similarly Situated,                                                      :
:
:
                                       Plaintiff,           :           22 Civ. 6792 (JPC)
:
            -v-                                                           :           ORDER
:
TUYA INC., *et al.*,                                                               :
:
                                      Defendants.      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Movants Kyle Nelson and Jiyi Qiu shall submit firm resumes for Robbins Geller Rudman & Dowd LLP and Glancy Prongay & Murray LLP by December 21, 2022. *See* Dkt. 31 at 6, n.1.

       SO ORDERED.

Dated: December 15, 2022
       New York, New York
                                                                            JOHN P. CRONAN
                                                                        United States District Judge