UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG LIAN, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    - against -<br><br>TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED,<br><br>         Defendants. | Civil Action No. 1:22-cv-06792-JHR |

**NOTICE OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

Declaration of Edmund Polubinski III dated May 1, 2023, and the exhibits annexed thereto,

Defendants Tuya, Inc., Scott Sandell, Carmen Chang, Jeff Immelt, Morgan Stanley & Co. LLC,

and BofA Securities, Inc. (collectively, "Defendants") will move this Court before the Honorable

Jennifer H. Rearden, United States District Judge, at the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the

Court, for an order dismissing with prejudice the Amended Complaint (Dkt. 56) pursuant to

Federal Rule of Civil Procedure 12(b)(6) and granting such further relief as the Court deems

proper and just.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the schedule set by the

Court on January 6, 2023 (Dkt. 48), Plaintiffs shall file any opposition to Defendants' Motion to

1

Dismiss the Amended Complaint on or before June 30, 2023, and Defendants shall file any reply on or before August 14, 2023.

Dated: May 1, 2023                                  Respectfully submitted,


                                                    */s/ Edmund Polubinski III*
                                                    Edmund Polubinski III
                                                    Mari Grace Byrne
                                                    Marie Killmond
                                                    Christopher Johnson
                                                    DAVIS POLK & WARDWELL LLP
                                                    450 Lexington Avenue
                                                    New York, New York 10017
                                                    Tel: (212) 450-4000
                                                    Email:  edmund.polubinski@davispolk.com
                                                            mari.grace@davispolk.com
                                                            marie.killmond@davispolk.com
                                                            christopher.johnson@davispolk.com

                                                    Jonathan K. Chang
                                                    10/F The Hong Kong Club Building
                                                    3A Chater Road
                                                    Hong Kong SAR, China
                                                    Tel: (852) 2533-3300
                                                    Email:  jonathan.chang@davispolk.com

                                                    *Attorneys for Defendants Tuya, Inc., Scott*
                                                    *Sandell, Carmen Chang, and Jeff Immelt*


                                                    */s/ Gregg L. Weiner*
                                                    Gregg L. Weiner
                                                    Adam M. Harris
                                                    ROPES & GRAY LLP
                                                    1211 Avenue of the Americas
                                                    New York, New York 10036
                                                    Tel: (212) 596-9000
                                                    Email:  gregg.weiner@ropesgray.com
                                                            adam.harris@ropesgray.com

                                                    *Attorneys for Defendants Morgan Stanley & Co.*
                                                    *LLC and BofA Securities, Inc.*