UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG LIAN, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      - against -<br><br>TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED,<br><br>                Defendants. | Civil Action No. 1:22-cv-06792-JHR |

**DECLARATION OF EDMUND POLUBINSKI III IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Edmund Polubinski III, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice before this Court, and I am a partner at Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Tuya, Inc. ("Tuya"), Scott Sandell, Carmen Chang and Jeff Immelt. I submit this declaration in support of the Defendants' Motion to Dismiss the Amended Complaint.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of the registration statement declared effective on March 17, 2021 that Tuya filed with the Securities and Exchange Commission in connection with its March 18, 2021 initial public offering (the "Registration Statement"), available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1829118/000119312521079368/d75491df1a.htm. Exhibit 1 is referenced throughout the Amended Complaint.

1

3.      Annexed hereto as Exhibit 2 is a true and correct copy of a May 6, 2021 report entitled "Amazon Fake Reviews Scam Exposed in Data Breach," published by Safety Detectives and available at: https://www.safetydetectives.com/blog/amazon-reviews-leak-report/.  Exhibit 2 is referenced in, among others, paragraph 78 of the Amended Complaint.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of a transcript of Tuya's Second Quarter 2021 earnings call held on August 18, 2021, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2021/q2/Tuya-Q2-2021-Earnings-Call-Transcript.pdf.  Exhibit 3 is referenced in, among others, paragraphs 90 and 91 of the Amended Complaint.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of a transcript of Tuya's Third Quarter 2021 earnings call held on November 23, 2021, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2021/q3/Tuya-Inc.,-2021-Q3-Earnings-Call-Transcript.doc.pdf.  Exhibit 4 is referenced in, among others, paragraphs 99 and 100 of the Amended Complaint.

6.      Annexed hereto as Exhibit 5 is a true and correct copy of a transcript of Tuya's Fourth Quarter 2021 earnings call held on March 15, 2022, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2021/q4/Tuya-Inc.-4Q21-Earnings-Call-Transcript_vS.pdf.  Exhibit 5 is referenced in, among others, paragraphs 104 and 105 of the Amended Complaint.

7.      Annexed hereto as Exhibit 6 is a true and correct copy of a Morgan Stanley research report on Tuya entitled "2Q21 Beat; 3Q Temporarily Impacted by Cross-Border Ecommerce Headwinds," published on August 18, 2021.  Exhibit 6 is referenced in paragraph 93 of the Amended Complaint.

8.      Annexed hereto as Exhibit 7 is a true and correct copy of a BofA Securities research report on Tuya entitled "Strong 2Q Beat; 3Q Guidance Below Expectation but 4Q Growth Likely Resume," published on August 18, 2021.  Exhibit 7 is referenced in paragraph 94 of the Amended Complaint.

9.      Annexed hereto as Exhibit 8 is a true and correct copy of a Morgan Stanley research report on Tuya entitled "Lack of Visibility for 2022," published on March 15, 2022. Exhibit 8 is referenced in paragraph 107 of the Amended Complaint.

10.     Annexed hereto as Exhibit 9 is a true and correct copy of a criminal indictment in *United States v. Rosenberg* of individuals involved in an Amazon-employee bribery scheme, dated September 16, 2020 and available at: https://www.justice.gov/d9/press-releases/attachments/2020/09/18/20cr151_1_reduced-print-color.pdf.  Exhibit 9 is referenced in paragraph 65 of the Amended Complaint.

11.     Annexed hereto as Exhibit 10 is a true and correct copy of an article authored by Dave Lee, entitled "Amazon Deletes 20,000 Reviews after Evidence of Profits for Posts," published by the *Financial Times* on September 4, 2020 and available at: https://www.ft.com/content/bb03ba1c-add3-4440-9bf2-2a65566aef4a.  Exhibit 10 is referenced in paragraph 64 of the Amended Complaint.

12.     Annexed hereto as Exhibit 11 is a true and correct copy of an article authored by Hannah Walsh, entitled "How a Thriving Fake Review Industry is Gaming Amazon Marketplace," published by *Which?* on February 16, 2021 and available at: https://www.which.co.uk/news/article/how-a-thriving-fake-review-industry-is-gaming-amazon-marketplace-amVac3Q4oPBW.  Exhibit 11 is referenced in paragraph 66 of the Amended Complaint.

13.     Annexed hereto as Exhibit 12 is a true and correct copy of an article authored by Hannah Walsh, entitled "Thousands of 'Fake' Customer Reviews Found on Popular Tech Categories on Amazon," published by *Which?* on April 16, 2019 and available at: https://www.which.co.uk/news/article/thousands-of-fake-customer-reviews-found-on-popular-tech-categories-on-amazon-agk4L2H5c96L.  Exhibit 12 is referenced in paragraph 60 of the Amended Complaint.

14.     Annexed hereto as Exhibit 13 is a true and correct copy of an article authored by Nathaniel Meyersohn and Zach Wasser, entitled "Got a Package You Didn't Order? It Could Be a Scam," published by *CNN Business* on January 25, 2021 and available at: https://www.cnn.com/2021/01/23/business/package-didnt-order-brushing/index.html.  Exhibit 13 is referenced in paragraph 62 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2023
New York, New York                      */s/ Edmund Polubinski III*
                                        EDMUND POLUBINSKI III

4