# EXHIBIT 7

BofA GLOBAL RESEARCH

BofA SECURITIES

# Tuya

# Strong 2Q beat; 3Q guidance below expectation but 4Q growth likely resume

Reiterate Rating: BUY | PO: 20.00 USD | Price: 12.14 USD

## Another solid beat in 2Q, but 3Q guide below expectation

Tuya reported strong 2Q results. Total revenue grew 118% YoY to US$85mn, beating our forecast of US$82mn and its guidance of US$78-81mn. IoT PaaS revenue grew 164% YoY to US$77mn given robust deployment growth and 211% TTM DBNER amid more SKU and product categories. Revenue mix by product category continues to improve, with non-lighting & electrical increased to 40%+ of IoT PaaS revenue. IoT SaaS and other revenue grew 175% YoY (low base) and 48% QoQ driven by demand from business operators. GPM continues to widen 1.1ppt QoQ to 42.5%, above our estimate of 41.5%, driven by increased economic of scale, improved efficiency through R&D, and expansion into higher margin products despite rising chip costs. Non-GAAP net loss came in at US$23mn, vs -US$24mn in 1Q as R&D/S&M declined to 47%/21% of total revenue. Tuya guides total revenue in 3Q to grow 41-46% YoY to US$83-86mn, below our expectation of US$95mn as (1) Amazon imposes stricter seller policy, which affects its cross-border e-commerce customers. Note that about 20% of its IoT-enabled devices is sold through online channels; (2) OEM/brand customers are facing rising raw material costs and chip shortage; and (3) high base from 3Q20 thanks to delayed orders after COVID lockdown. Management believes the impact from Amazon's policies is temporary and expect growth to resume in 4Q given (1) affected customers are actively expanding their presence to other platforms, and re-opening stores on Amazon in compliance with the new rules; and (2) 4Q seasonal strength in Sep-Dec vs off-season in Jul-Aug.

## Cut rev & multiple on Amazon impact & China ADR de-rate

We lower our 2021/22 revenue by 5.1%/7.7%, assuming Amazon's new policies to affect about 10% of revenue in 2H21 and the impact in 2022 is likely lower as customers diversify into other platforms and re-open on Amazon. We nudge up our GPM forecasts. Our US$20 PO (from US$24) is based on 22x EV/Revenue in 2022 (from 25x due to recent China tech/ADRs de-rating, regulation concerns), implying 0.7x EV/GP/Growth, a discount to peers' 1.0x. Reiterate Buy as we believe Tuya is positioned to capture the IoT uptake with its end-to-end solutions and solid value propositions for customers.

18 August 2021

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 24.00 | 20.00 |
| 2021E EPS | -0.24 | -0.23 |
| 2023E EPS | -0.35 | -0.31 |

**Emerson Chan, CFA >>**
Research Analyst
Merrill Lynch (Hong Kong)
+852 3508 2580
emerson.chan@bofa.com

**Guanyi Wang >>**
Research Analyst
Merrill Lynch (Hong Kong)
+852 3508 8807
guanyi.wang@baml.com

**Eddie Leung >>**
Research Analyst
Merrill Lynch (Hong Kong)
+852 3508 7189
eddie.leung@bofa.com

### Stock Data

| | |
|---|---|
| Price | 12.14 USD |
| Price Objective | 20.00 USD |
| Date Established | 18-Aug-2021 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 14.77 USD-27.65 USD |
| Mrkt Val / Shares Out (mn) | 6,731 USD / 554.5 |
| Average Daily Value (mn) | 13.13 USD |
| Free Float | NA |
| BofA Ticker / Exchange | TUYA / NYS |
| Bloomberg / Reuters | TUYA US / TUYA.N |
| ROE (2021E) | -11.2% |
| Net Debt to Eqty (Dec-2020A) | -94.06% |

| Estimates (Dec) (US$) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Net Income (Adjusted - mn) | (69) | (57) | (77) | (100) | (100) |
| EPS | (0.333) | (0.301) | (0.232) | (0.309) | (0.314) |
| EPS Change (YoY) | NA | 9.5% | 23.0% | -33.3% | -1.6% |
| Dividend / Share | 0 | 0 | 0 | 0 | 0 |
| Free Cash Flow / Share | (0.266) | (0.236) | (0.142) | (0.137) | (0.121) |
| **Valuation (Dec)** | | | | | |
| P/E | NM | NM | NM | NM | NM |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | NM | NM | NM | NM | NM |
| Free Cash Flow Yield* | -0.879% | -0.780% | -1.19% | -1.15% | -1.03% |

* For full definitions of *iQmethod*<sup>SM</sup> measures, see page 7.

>> Employed by a non-US affiliate of BofAS and is not registered/qualified as a research analyst under the FINRA rules.

Refer to "Other Important Disclosures" for information on certain BofA Securities entities that take responsibility for the information herein in particular jurisdictions.
**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
Refer to important disclosures on page 8 to 10. Analyst Certification on page 5. Price Objective Basis/Risk on page 5.                    12318948

Timestamp: 18 August 2021 04:30PM EDT

IoT: Internet of Thing

PaaS: Platform as a Service

SaaS: Software as a Service

SKU: Stock keeping unit

TTM: Trailing twelve months

DBNET: Dollar-based net expansion rate

OEM: Original equipment manufacturer

BofA GLOBAL RESEARCH

# *iQprofile*<sup>SM</sup> Tuya

| Key Income Statement Data (Dec) | 2019A | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| **(US$ Millions)** | | | | | |
| Sales | 106 | 180 | 330 | 528 | 796 |
| Gross Profit | 28 | 62 | 139 | 240 | 387 |
| Sell General & Admin Expense | (49) | (55) | (140) | (201) | (237) |
| Operating Profit | (73) | (70) | (157) | (214) | (218) |
| Net Interest & Other Income | 3 | 3 | 10 | 15 | 14 |
| Associates | NA | NA | NA | NA | NA |
| Pretax Income | (70) | (67) | (148) | (199) | (204) |
| Tax (expense) / Benefit | 0 | 0 | 0 | 0 | 0 |
| Net Income (Adjusted) | (69) | (57) | (77) | (100) | (100) |
| Average Fully Diluted Shares Outstanding | 222 | 222 | 639 | 644 | 649 |
| **Key Cash Flow Statement Data** | | | | | |
| Net Income | (70) | (67) | (148) | (199) | (204) |
| Depreciation & Amortization | 1 | 2 | 4 | 12 | 20 |
| Change in Working Capital | 4 | 2 | 10 | 40 | 28 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 9 | 14 | 71 | 99 | 104 |
| Cash Flow from Operations | (57) | (49) | (62) | (48) | (51) |
| Capital Expenditure | (2) | (3) | (17) | (29) | (18) |
| (Acquisition) / Disposal of Investments | 11 | (5) | (150) | 0 | 0 |
| Other Cash Inflow / (Outflow) | 0 | 0 | 0 | 0 | 0 |
| Cash Flow from Investing | 8 | (8) | (167) | (29) | (18) |
| Shares Issue / (Repurchase) | 174 | 0 | 1,115 | 0 | 0 |
| Cost of Dividends Paid | NA | NA | NA | NA | NA |
| Cash Flow from Financing | 174 | 0 | 1,115 | 0 | 0 |
| Free Cash Flow | (59) | (52) | (80) | (77) | (69) |
| Net Debt | (213) | (159) | (1,044) | (967) | (898) |
| Change in Net Debt | NA | NA | NA | NA | NA |
| **Key Balance Sheet Data** | | | | | |
| Property, Plant & Equipment | 3 | 4 | 17 | 35 | 32 |
| Other Non-Current Assets | 10 | 15 | 17 | 22 | 28 |
| Trade Receivables | 5 | 12 | 24 | 34 | 54 |
| Cash & Equivalents | 213 | 159 | 1,044 | 967 | 898 |
| Other Current Assets | 48 | 77 | 240 | 286 | 321 |
| Total Assets | 279 | 267 | 1,343 | 1,344 | 1,333 |
| Long-Term Debt | NA | NA | NA | NA | NA |
| Other Non-Current Liabilities | 5 | 6 | 9 | 13 | 27 |
| Short-Term Debt | NA | NA | NA | NA | NA |
| Other Current Liabilities | 50 | 92 | 127 | 224 | 299 |
| Total Liabilities | 56 | 98 | 136 | 237 | 326 |
| Total Equity | 224 | 169 | 1,207 | 1,107 | 1,007 |
| Total Equity & Liabilities | 279 | 267 | 1,343 | 1,344 | 1,333 |
| ***iQ*method<sup>SM</sup> - Bus Performance\*** | | | | | |
| Return On Capital Employed | NA | -29.7% | -19.2% | -15.3% | -17.0% |
| Return On Equity | -61.4% | -29.3% | -11.2% | -8.6% | -9.4% |
| Operating Margin | -69.4% | -38.8% | -47.7% | -40.5% | -27.4% |
| EBITDA Margin | -68.7% | -37.9% | -46.4% | -38.2% | -24.8% |
| ***iQ*method<sup>SM</sup> - Quality of Earnings\*** | | | | | |
| Cash Realization Ratio | NM | NM | NM | NM | NM |
| Asset Replacement Ratio | 3.3x | 1.9x | 4.0x | 2.4x | 0.9x |
| Tax Rate (Reported) | NM | NM | NM | NM | NM |
| Net Debt-to-Equity Ratio | -95.4% | -94.1% | -86.5% | -87.3% | -89.1% |
| Interest Cover | NA | NA | NA | NA | NA |

**Key Metrics**

\* For full definitions of *iQmethod*<sup>SM</sup> measures, see page 7.

## Company Sector

Server & Enterprise Software

## Company Description

Tuya is a leading IoT PaaS vendor, which empowers businesses, such as OEMs and brands of home appliance and electrical products, to transform their traditional products into software-enabled smart devices quickly and cost-effectively through its one-stop purpose-built IoT platform. It also provides industry SaaS to enable businesses to deploy, connect and manage large numbers and different types of smart devices.

## Investment Rationale

We like Tuya for its platform approach to enable IoT capabilities for businesses, with large market opportunities, solid competitive advantages, efficient go-to-market motions, and high operating leverage potential.

## Stock Data

| | |
|---|---|
| Price to Book Value | 5.6x |

BofA GLOBAL RESEARCH

## Exhibit 1: 2Q21 results
Revenue beat our forecast by 4% in 2Q21

| Non-GAAP P&L (USD '000) | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 1Q21A | 2Q21A | YoY % | QoQ % | 2Q21E | diff % |
|---|---|---|---|---|---|---|---|---|---|---|
| IoT PaaS | 15,216 | 29,144 | 52,846 | 54,471 | 49,800 | 76,900 | 163.9% | 54.4% | 72,053 | 6.7% |
| SaaS and others | 720 | 1,236 | 1,777 | 2,393 | 2,300 | 3,400 | 175.1% | 47.8% | 3,910 | -13.0% |
| Smart device distribution | 3,010 | 8,453 | 4,457 | 6,151 | 4,768 | 4,363 | -48.4% | -8.5% | 5,494 | -20.6% |
| Total revenue | 18,946 | 38,833 | 59,080 | 63,015 | 56,868 | 84,663 | 118.0% | 48.9% | 81,458 | 3.9% |
| | | | | | | | | | | |
| Cost of revenue | 13,207 | 27,085 | 38,750 | 38,895 | 33,485 | 48,961 | 80.8% | 46.2% | 47,688 | 2.7% |
| Gross profit | 5,739 | 11,748 | 20,330 | 24,120 | 23,383 | 35,702 | 203.9% | 52.7% | 33,770 | 5.7% |
| Gross margin (%) | 30.3% | 30.3% | 34.4% | 38.3% | 41.1% | 42.2% | 11.9% | 1.1% | 41.5% | 0.7% |
| | | | | | | | | | | |
| Research and development expense | 7,957 | 15,680 | 26,691 | 24,506 | 30,864 | 39,701 | 153.2% | 28.6% | 38,508 | 3.1% |
| Sales and marketing expense | 3,979 | 7,260 | 13,400 | 11,388 | 14,273 | 17,906 | 146.6% | 25.5% | 16,372 | 9.4% |
| General and administrative expense | 1,307 | 2,702 | 4,005 | 4,533 | 5,264 | 5,719 | 111.7% | 8.6% | 4,282 | 33.6% |
| Other operating expense/(income) | (252) | (28) | (137) | (654) | (2,523) | (1,117) | NM | NM | (815) | NM |
| Operating profit / (loss) | (7,252) | (13,866) | (23,629) | (15,653) | (24,495) | (26,507) | NM | NM | (24,576) | NM |
| Operating margin (%) | -38.3% | -35.7% | -40.0% | -24.8% | -43.1% | -31.3% | 4.4% | 11.8% | -30.2% | -1.1% |
| Foreign exchange (loss)/gain, net | (10) | 146 | 51 | (267) | (325) | 182 | 24.7% | NM | - | |
| Changes in FV of financial instruments | - | - | 51 | (51) | - | 653 | NM | NM | - | |
| Finance income/ (costs) - net | 1,192 | 766 | 905 | 608 | 1,095 | 3,448 | 350.1% | 214.9% | 3,949 | -12.7% |
| Profit / (loss) before income tax | (6,070) | (12,954) | (22,622) | (15,363) | (23,725) | (22,224) | NM | NM | (20,628) | NM |
| Income tax benefit / (expense) | (38) | (76) | (75) | (17) | (26) | (242) | NM | NM | (37) | NM |
| Tax rate (%) | 0.2% | 0.5% | 0.3% | 0.1% | 0.1% | 0.6% | 0.1% | 0.6% | 0.1% | 0.5% |
| Non-GAAP net profit / (loss) | (18,825) | (13,030) | (22,748) | (15,329) | (23,751) | (23,119) | NM | NM | (20,664) | NM |
| Non-GAAP net margin (%) | -99.4% | -33.6% | -38.5% | -24.3% | -41.8% | -27.3% | 6.2% | 14.5% | -25.4% | -1.9% |

**Source:** Company data, BofA Global Research estimates

BofA GLOBAL RESEARCH

## Exhibit 2: Non-GAAP P/L
We expect revenue to grow 84%/60% YoY in 2021/22

| (USD '000) | 2019A | 2020A | YoY | YoY % | 2021E | YoY | YoY % | 2022E | YoY | YoY % | 2023E | YoY | YoY % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IoT PaaS | 76,365 | 151,677 | 75,312 | 98.6% | 294,198 | 142,521 | 94.0% | 476,612 | 182,413 | 62.0% | 719,055 | 242,444 | 50.9% |
| SaaS and others | 1,950 | 6,126 | 4,176 | 214.2% | 16,112 | 9,986 | 163.0% | 31,564 | 15,452 | 95.9% | 56,815 | 25,251 | 80.0% |
| Smart device distribution | 27,474 | 22,071 | (5,403) | -19.7% | 19,739 | (2,332) | -10.6% | 19,977 | 238 | 1.2% | 19,977 | - | 0.0% |
| Total revenue | 105,789 | 179,874 | 74,085 | 70.0% | 330,049 | 150,175 | 83.5% | 528,153 | 198,104 | 60.0% | 795,848 | 267,695 | 50.7% |
| | | | | | | | | | | | | | |
| Cost of revenue | 78,003 | 117,937 | 39,934 | 51.2% | 190,973 | 73,036 | 61.9% | 287,924 | 96,951 | 50.8% | 408,369 | 120,445 | 41.8% |
| Gross profit | 27,786 | 61,937 | 34,151 | 122.9% | 139,077 | 77,140 | 124.5% | 240,229 | 101,152 | 72.7% | 387,479 | 147,250 | 61.3% |
| Gross margin (%) | 26.3% | 34.4% | | 8.2% | 42.1% | | 7.7% | 45.5% | | 3.3% | 48.7% | | 3.2% |
| | | | | | | | | | | | | | |
| Research and development | 50,785 | 74,834 | 24,049 | 47.4% | 151,239 | 76,405 | 102.1% | 247,298 | 96,059 | 63.5% | 360,703 | 113,405 | 45.9% |
| Sales and marketing | 35,908 | 36,027 | 119 | 0.3% | 64,322 | 28,295 | 78.5% | 97,648 | 33,326 | 51.8% | 131,224 | 33,576 | 34.4% |
| General and administrative | 9,303 | 12,547 | 3,244 | 34.9% | 19,947 | 7,400 | 59.0% | 26,936 | 6,989 | 35.0% | 34,221 | 7,286 | 27.0% |
| Other operating expense | 10 | (1,071) | (1,081) | NM | (10,332) | (9,261) | NM | (16,753) | (6,421) | NM | (25,239) | (8,486) | NM |
| Operating profit / (loss) | (68,220) | (60,400) | 7,820 | NM | (86,100) | (25,700) | NM | (114,900) | (28,800) | NM | (113,431) | 1,469 | NM |
| Operating margin (%) | -64.5% | -33.6% | | 30.9% | -26.1% | | 7.5% | -21.8% | | 4.3% | -14.3% | | 7.5% |
| Foreign exchange (loss)/gain | (239) | (80) | 159 | NM | (143) | (63) | NM | - | 143 | NM | - | - | NM |
| Changes in FV of financial instruments | - | - | - | NM | 653 | 653 | NM | - | (653) | NM | - | - | NM |
| Finance income/ (costs) - net | 3,326 | 3,220 | (106) | -3.2% | 9,677 | 6,457 | 200.5% | 15,082 | 5,406 | 55.9% | 13,983 | (1,099) | -7.3% |
| Profit / (loss) before income tax | (65,133) | (57,260) | 7,873 | NM | (75,913) | (18,653) | NM | (99,817) | (23,904) | NM | (99,447) | 370 | NM |
| Income tax (expense) | (124) | (206) | (82) | 66.1% | (338) | (132) | 63.9% | (199) | 139 | -41.1% | (204) | (5) | 2.4% |
| Tax rate (%) | 0.2% | 0.3% | | 0.1% | 0.2% | | -0.1% | 0.1% | | -0.1% | 0.1% | | 0.0% |
| Non-GAAP net (loss) | (65,257) | (57,466) | 7,791 | NM | (76,904) | (19,438) | NM | (100,016) | (23,112) | NM | (99,651) | 365 | NM |
| Non-GAAP net margin (%) | -61.7% | -31.9% | | 29.7% | -23.3% | | 8.6% | -18.9% | | 4.4% | -12.5% | | 6.4% |
| GAAP net (loss) | (70,477) | (66,912) | 3,565 | NM | (148,286) | (81,374) | NM | (199,159) | (50,874) | NM | (203,907) | (4,748) | NM |
| GAAP net margin (%) | -90.4% | -56.7% | | 33.6% | -77.6% | | -20.9% | -69.2% | | 8.5% | -49.9% | | 19.2% |

**Source:** Company data, BofA Global Research estimates

BofA GLOBAL RESEARCH



BofA GLOBAL RESEARCH

## Exhibit 3: Model revisions
We lower our revenue by 5%/8% in 2021/22

| RMB Thousand | 2021E | 2022E | 2023E |
|---|---|---|---|
| Revenue (New) | 330,049 | 528,153 | 795,848 |
| Revenue (Old) | 347,938 | 572,028 | 895,007 |
| % change New vs. Old | -5.1% | -7.7% | -11.1% |
| yoy % change | 83.5% | 60.0% | 50.7% |
| | | | |
| Gross profit (New) | 139,077 | 240,229 | 387,479 |
| Gross profit (Old) | 144,728 | 257,162 | 433,160 |
| % change New vs. Old | -3.9% | -6.6% | -10.5% |
| yoy % change | 124.5% | 72.7% | 61.3% |
| | | | |
| Gross profit margin (New) | 42.1% | 45.5% | 48.7% |
| Gross profit margin (Old) | 41.6% | 45.0% | 48.4% |
| % change New vs. Old | 0.5% | 0.5% | 0.3% |
| yoy % change | 7.7% | 3.3% | 3.2% |
| | | | |
| Non-GAAP net profit (New) | (75,904) | (100,016) | (99,651) |
| Non-GAAP net profit (Old) | (76,802) | (96,693) | (96,378) |
| % change New vs. Old | NM | NM | NM |
| yoy % change | NM | NM | NM |

**Source:** BofA Global Research estimates

BofA GLOBAL RESEARCH

BofA GLOBAL RESEARCH

## Price objective basis & risk

**Tuya (TUYA)**

Our US$20 PO is based on 22x EV/Revenue in 2022, a discount to the average of cloud infrastructure platform and software peers due to lower margins and regulatory risks. Upside risks: (1) stronger revenue growth due to faster IoT adoption, (2) better gross margin improvement on larger scale and R&D effort, and (3) peers valuation multiple expansion.

Downside risks: (1) higher than expected chip costs and chip shortage, (2) data security concerns and regulations in China and overseas markets, (3) premium valuation poses risks of a pullback when market sentiment deteriorates.

## Analyst Certification

I, Emerson Chan, CFA, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



BofA GLOBAL RESEARCH

**APR - Internet, Media and Software Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AfreecaTV | WNTHF | 067160 KS | Susie Lee |
| | Agora | API | API US | Emerson Chan, CFA |
| | AiHuiShou | RERE | RERE US | Joyce Ju |
| | Alibaba Group | BABA | BABA US | Eddie Leung |
| | Alibaba Group | BABAF | 9988 HK | Eddie Leung |
| | Alibaba Health | ALBHF | 241 HK | Miranda Zhuang, CFA |
| | Appen Ltd | APPEF | APX AU | Lucy Huang |
| | Baidu.com | BIDU | BIDU US | Eddie Leung |
| | Baidu.com | BAIDF | 9888 HK | Eddie Leung |
| | Bilibili | BILI | BILI US | Lei Zhang |
| | Bilibili | XLWRF | 9626 HK | Lei Zhang |
| | Chinasoft International | CFTLF | 354 HK | Paul Dewberry |
| | Coupang | CPNG | CPNG US | Susie Lee |
| | Dada Nexus | DADA | DADA US | Eddie Leung |
| | Dingdong | DDL | DDL US | Joyce Ju |
| | East Money | XEQTF | 300059 CH | Eddie Leung |
| | Hello Group | MOMO | MOMO US | Lei Zhang |
| | HYBE | XBGOF | 352820 KS | Susie Lee |
| | JD Health | JDHIF | 6618 HK | Miranda Zhuang, CFA |
| | JD.com | JD | JD US | Eddie Leung |
| | JD.com | JDCMF | 9618 HK | Eddie Leung |
| | Kakao Corp. | DAUCF | 035720 KS | Susie Lee |
| | Kingdee | KGDEF | 268 HK | Emerson Chan, CFA |
| | Kingsoft Cloud | KC | KC US | Emerson Chan, CFA |
| | Kuaishou | KUASF | 1024 HK | Eddie Leung |
| | Lexin Fintech | LX | LX US | Eddie Leung |
| | Maoyan Entertainment | XMEEF | 1896 HK | Emerson Chan, CFA |
| | Meituan | MPNGF | 3690 HK | Eddie Leung |
| | Ming Yuan Cloud | XWTAF | 909 HK | Emerson Chan, CFA |
| | Naver Corporation | NHNCF | 035420 KS | Susie Lee |
| | NCSOFT | NCSCF | 036570 KS | Susie Lee |
| | NetEase | NETTF | 9999 HK | Eddie Leung |
| | NetEase, Inc | NTES | NTES US | Eddie Leung |
| | Nine Entertainment Company | NNMTF | NEC AU | Lucy Huang |
| | Pinduoduo Inc. | PDD | PDD US | Joyce Ju |
| | Ping An Healthcare and Technology | PANHF | 1833 HK | Miranda Zhuang, CFA |
| | Plan B Media PCL | XMKTF | PLANB TB | Thitithep Nophaket |
| | REA Group | RPGRF | REA AU | Lucy Huang |
| | Sea Limited | SE | SE US | Sachin Salgaonkar |
| | Seek Limited | SKLTF | SEK AU | Lucy Huang |
| | Sohu.com Ltd | SOHU | SOHU US | Eddie Leung |
| | Tencent Holdings | TCTZF | 700 HK | Eddie Leung |
| | Tencent Music | TME | TME US | Eddie Leung |
| | Trip.com Group | TCOM | TCOM US | Joyce Ju |
| | Tuya | TUYA | TUYA US | Emerson Chan, CFA |
| | VGI Public Company Limited | XVGMF | VGI TB | Thitithep Nophaket |
| | Vipshop Holdings | VIPS | VIPS US | Joyce Ju |
| | Weibo Corporation | WB | WB US | Miranda Zhuang, CFA |
| | Weimob | WEMXF | 2013 HK | Emerson Chan, CFA |
| | WiseTech Global Limited | WTCHF | WTC AU | Lucy Huang |
| | YY | YY | YY US | Lei Zhang |
| | Zip Co Limited | ZIZTF | Z1P AU | Ware Kuo |
| **NEUTRAL** | | | | |
| | Baozun | BZUN | BZUN US | Joyce Ju |
| | Carsales | CSSSF | CAR AU | Lucy Huang |
| | Glodon | XGCOF | 002410 CH | Emerson Chan, CFA |
| | IMAX China | IMXCF | 1970 HK | Emerson Chan, CFA |
| | iQIYI | IQ | IQ US | Eddie Leung |
| | KE Holdings | BEKE | BEKE US | Miranda Zhuang, CFA |
| | Makemytrip Limited | MMYT | MMYT US | Sachin Salgaonkar |
| | OneConnect | OCFT | OCFT US | Emerson Chan, CFA |
| | Seven West Media | WANHF | SWM AU | Lucy Huang |
| | Yonyou | XYNIF | 600588 CH | Emerson Chan, CFA |

BofA GLOBAL RESEARCH

**APR - Internet, Media and Software Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **UNDERPERFORM** | | | | |
| | Altium Limited | ALMFF | ALU AU | Lucy Huang |
| | Autohome | ATHM | ATHM US | Miranda Zhuang, CFA |
| | Autohome | XXYZF | 2518 HK | Miranda Zhuang, CFA |
| | China Literature | CHLLF | 772 HK | Eddie Leung |
| | CJ ENM | CJHOF | 035760 KS | Susie Lee |
| | Hithink Royalflush | XHIFF | 300033 CH | Eddie Leung |
| | Huace Film & TV | XZHEF | 300133 CH | Emerson Chan, CFA |
| | Huayi Brothers | XHIIF | 300027 CH | Emerson Chan, CFA |
| | Info Edge | IFOEF | INFOE IN | Sachin Salgaonkar |
| | Kakao Games | XKKGF | 293490 KS | Susie Lee |
| | Netmarble | XLGHF | 251270 KS | Susie Lee |
| | PearlAbyss Corp | XEPAF | 263750 KS | Susie Lee |
| | Technology One Limited | THNOF | TNE AU | Lucy Huang |
| | Xero Limited | XROLF | XRO AU | Lucy Huang |
| **RVW** | | | | |
| | XD Inc. | XDNCF | 2400 HK | Paul Dewberry |

*iQ*method $^{SM}$ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod* $^{SM}$ is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile* $^{SM}$, *iQmethod* $^{SM}$ are service marks of Bank of America Corporation. *iQdatabase* ®is a registered service mark of Bank of America Corporation.



BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**Tuya (TUYA) Price Chart**



TUYA ——    No Coverage ▨    PO ▨

B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Technology Group (as of 30 Jun 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 218 | 67.91% | Buy | 135 | 61.93% |
| Hold | 61 | 19.00% | Hold | 38 | 62.30% |
| Sell | 42 | 13.08% | Sell | 20 | 47.62% |

**Equity Investment Rating Distribution: Global Group (as of 30 Jun 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1947 | 60.07% | Buy | 1252 | 64.30% |
| Hold | 637 | 19.65% | Hold | 395 | 62.01% |
| Sell | 657 | 20.27% | Sell | 340 | 51.75% |

* Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Tuya.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Tuya.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Tuya.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Tuya.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Tuya.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.



BofA GLOBAL RESEARCH

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.



BofA GLOBAL RESEARCH

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to 'short' securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Securities entities located outside of the United Kingdom.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

Copyright and General Information:

Copyright 2021 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

