# EXHIBIT 8

# Morgan Stanley | RESEARCH

**UPDATE**

*March 15, 2022 04:00 PM GMT*

## Tuya Inc. | Asia Pacific

# Lack of Visibility for 2022

| 📈 Stock Rating | 👁 Industry View | ◎ Price Target |
|---|---|---|
| Equal-weight | In-Line | US$2.70 |

Lack of visibility and profitability cannot give support amid market turbulence. With end demand challenged by global inflation and Covid-19 resurgence in China, we forecast single-digit top-line growth in 2022. Trading close to net cash prevents us from going more negative. EW.

| WHAT'S CHANGED | Tuya Inc. (TUYA.N) | From | To |
|---|---|---|---|
| | Price Target | US$7.20 | **US$2.70** |

**Weak 1Q22 guidance reflects Covid-19 resurgence:** Tuya guides for US$50-57mn revenue for 1Q22, below our US$63mn estimate, mainly reflecting Covid-19 resurgence in March in major cities in China (Shenzhen, Shanghai, and Hangzhou), delaying product delivery and revenue recognition.

**Short-term uncertainties continue to overshadow secular growth potential:** Tuya is gaining very limited visibility for 2022 from its customers amid rising global inflation and geopolitical risk. Many of its customers are turning increasingly cautious and are running with low inventory. We believe declining shipments of IoT devices in the EU and US markets are inevitable – IoT products are highly discretionary spending. Tuya is managing to make up for the shortfall by increasing its operations in China, as well as promoting private cloud solution, Tuya Cube, and single Bluetooth modules (lower-cost solution). As a result, we forecast IoT PaaS revenue to stay flat YoY in 2022. Combined with unchanged 70% YoY growth for SaaS and 10% revenue contribution from the distribution business, we forecast single-digit total revenue growth of 8% for 2022. We expect a flat gross margin for IoT PaaS, as technology optimization will be offset by a rise in the mix of low-margin Bluetooth products.

**New price target at US$2.7:** We reduce our revenue forecasts 20% for 2022, 22% for 2023 and 27% for 2024. Our non-GAAP net loss forecasts narrow 1% for 2022, 5% for 2023, and 44% for 2024 as Tuya shifts focus towards profitability to cope with the difficult environment. However, our outer-year forecasts decline materially because of low visibility. We also raise our beta assumption from 1.3 to 2.0 to reflect Tuya's higher market risk, and we increase our China risk premium assumption from 3% to 5% to factor in the rising ADR delisting risk. Current market cap of US$1.16bn is very close to 2021 year-end net cash level of US$1.07bn. We continue to think 2Q22 earnings in August could be the time to revisit Tuya's growth potential.

**4Q21 in line:** See Results Summary.

MORGAN STANLEY ASIA LIMITED+

**Yang Liu**
EQUITY ANALYST
Yang.Liu@morganstanley.com     +852 2239-1911

**Dayang Zhang**
RESEARCH ASSOCIATE
Dayang.Zhang@morganstanley.com     +852 3963-4651

**Pamela Huang**
RESEARCH ASSOCIATE
Pamela.Huang@morganstanley.com     +852 3963-4660

MORGAN STANLEY TAIWAN LIMITED+

**Sharon Shih**
EQUITY ANALYST
Sharon.Shih@morganstanley.com     +886 2 2730-2865

**Single Stock Teach-ins - Asia**
Click Here For Collection >

### Tuya Inc. ( TUYA.N, TUYA US )

Greater China IT Services and Software / China

| Stock Rating | Equal-weight |
|---|---|
| Industry View | In-Line |
| Price target | US$2.70 |
| Up/downside to price target (%) | 23 |
| Shr price, close (Mar 14, 2022) | US$2.20 |
| 52-Week Range | US$27.63-2.08 |
| Sh out, dil, curr (mn) | 528 |
| Mkt cap, curr (mn) | US$1,161 |
| EV, curr (mn) | US$181 |
| Avg daily trading value (mn) | US$6 |

| Fiscal Year Ending | 12/21 | 12/22e | 12/23e | 12/24e |
|---|---|---|---|---|
| Revenue, net (US$ mn) | 302 | 327 | 435 | 541 |
| EBITDA (US$ mn) | (181) | (173) | (156) | (118) |
| ModelWare net inc (US$ mn) | (175) | (165) | (152) | (116) |
| ModelWare EPS (US$) | (0.36) | (0.31) | (0.27) | (0.20) |
| EPS (US$)** | (0.22) | (0.16) | (0.11) | (0.03) |
| RNOA (%) | 4,809.7 | (111.9) | (94.3) | (62.6) |
| EV/revenue* | 6.9 | 0.9 | 0.9 | 0.8 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

**Related research:**

Greater China IT Services and Software: Three ADRs: Still Not Out of the Woods (18 Feb 2022)

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to FINRA restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

1

**Morgan Stanley** | RESEARCH



# Results Summary

Total revenue grew 19% YoY, 1% better than our estimate and in line with management's guidance at the midpoint. Core IoT PaaS revenue grew 14% YoY, slightly (3%) better than our estimate. The sequential slowdown mainly reflects the lasting effect of store closure at Amazon.com, global inflation, and supply chain disruptions. Blended gross margin reached 43.2% in 4Q, +5ppt YoY, primarily driven by revenue mix change. IoT PaaS gross margin stayed largely unchanged QoQ at 42.5%.

**Exhibit 1:** 4Q21 Results Summary

| Years Ending December 31<br>USD '000 | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21E | 4Q21 | % YoY | % vs. MSE |
|---|---|---|---|---|---|---|---|---|
| IoT PaaS | 54,471 | 49,800 | 76,900 | 72,600 | 60,327 | 62,100 | 14.0% | 2.9% |
| Smart device distribution | 6,151 | 4,800 | 4,400 | 7,400 | 7,016 | 5,600 | -9.0% | -20.2% |
| SaaS and others | 2,393 | 2,300 | 3,400 | 5,600 | 7,078 | 7,300 | 205.1% | 3.1% |
| **Net revenues** | **63,015** | **56,868** | **84,663** | **85,578** | **74,512** | **74,967** | **19.0%** | **0.6%** |
| Cost of revenues | 38,895 | 33,485 | 48,961 | 49,147 | 42,570 | 42,616 | 9.6% | 0.1% |
| **Gross profit** | **24,120** | **23,383** | **35,702** | **36,431** | **31,941** | **32,351** | **34.1%** | **1.3%** |
| Gross Margin | 38.3% | 41.1% | 42.2% | 42.6% | 42.9% | 43.2% | | |
| IoT PaaS | 40.1% | 41.7% | 42.4% | 42.9% | 42.8% | 42.5% | | |
| SaaS and others | 73.8% | 75.1% | 75.1% | 72.8% | 75.4% | 73.4% | | |
| Smart device distribution | 8.8% | 18.6% | 13.1% | 16.9% | 10.0% | 10.6% | | |
| Sales and marketing expenses | 11,792 | 16,412 | 19,388 | 21,151 | 18,102 | 18,433 | 56.3% | 1.8% |
| G&A expenses | 6,220 | 16,062 | 16,292 | 18,224 | 20,882 | 21,011 | 237.8% | 0.6% |
| R&D costs | 25,467 | 34,709 | 42,657 | 50,736 | 45,733 | 46,187 | 81.4% | 1.0% |
| **Total operating expenses** | **43,479** | **67,183** | **78,337** | **90,111** | **84,717** | **85,631** | **96.9%** | **1.1%** |
| Other operating income | 654 | 2,523 | 1,117 | 4,471 | 1,619 | 1,724 | | |
| **Operating profit** | **(18,705)** | **(41,277)** | **(41,518)** | **(49,209)** | **(51,156)** | **(51,556)** | **-175.6%** | **-0.8%** |
| % margin on service revenue | -29.7% | -72.6% | -49.0% | -57.5% | -68.7% | -68.8% | | |
| Profit before tax | (18,364) | (40,507) | (37,888) | (47,830) | (50,251) | (48,709) | -165.2% | 3.1% |
| % margin | -29.1% | -71.2% | -44.8% | -55.9% | -67.4% | -65.0% | | |
| **Net profit (GAAP)** | **(18,381)** | **(40,533)** | **(38,130)** | **(47,917)** | **(50,216)** | **(48,844)** | **-165.7%** | **2.7%** |
| % margin | -29.2% | -71.3% | -45.0% | -56.0% | -67.4% | -65.2% | | |
| **Net profit (non GAAP)** | **(15,329)** | **(23,751)** | **(23,119)** | **(31,248)** | **(32,295)** | **(31,217)** | **-103.6%** | **3.3%** |
| % margin | -24.3% | -41.8% | -27.3% | -36.5% | -43.3% | -41.6% | | |
| **KPI** | | | | | | | | |
| Deployment of IoT PaaS (mn) | | 39 | 60 | - | | - | | |
| Number of IoT PaaS customers | | 2,200 | 2,600 | 3,000 | | 3,300 | | |
| Number of premium IoT PaaS customers | 188 | 216 | 285 | 306 | | 311 | | |
| Average LTM IoT PaaS revenue per premium customer | 706 | 758 | 730 | - | | - | | |
| Dollar-based net expansion rate for IoT PaaS (TTM) | 181% | 210% | 211% | 179% | | 153% | | |
| IoT device and software developers ('000) | 262 | 324 | 384 | 446 | | 510 | | |

Source: Company data, Morgan Stanley Research (E) estimates

**Morgan Stanley** | RESEARCH



**Exhibit 2:** Revenue and revenue growth, %



Source: Company data, Morgan Stanley Research

**Exhibit 3:** DBNER at 153% in 4Q21



Source: Company data, Morgan Stanley Research

**Exhibit 4:** Number of premium IoT PaaS customers increased to 311



Source: Company data, Morgan Stanley Research

**Exhibit 5:** IoT PaaS gross margin stayed at 42.5%



Source: Company data, Morgan Stanley Research

3

**Morgan Stanley** | RESEARCH

UPDATE

# Financial Summary

**Exhibit 6:** Financial Summary: Tuya

**INCOME STATEMENT**

| Years Ending December 31 USD '000 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| IoT PaaS | 261,400 | 264,329 | 352,854 | 432,407 |
| SaaS and others | 18,600 | 31,620 | 50,592 | 75,888 |
| Smart device distribution | 22,200 | 31,080 | 31,702 | 32,336 |
| **Total revenues** | **302,076** | **327,029** | **435,148** | **540,630** |
| Cost of revenues | 174,209 | 184,991 | 233,664 | 275,633 |
| **Gross profit** | **127,867** | **142,039** | **201,484** | **264,997** |
| Sales and marketing expenses | 75,384 | 73,448 | 87,575 | 91,268 |
| G&A expenses | 71,589 | 79,976 | 90,171 | 97,809 |
| R&D expenses | 174,289 | 174,425 | 198,479 | 216,702 |
| **Total operating expenses** | **321,262** | **327,849** | **376,225** | **405,779** |
| Sales and marketing expenses (Non GAAP) | 68,682 | 65,406 | 78,327 | 81,095 |
| G&A expenses (Non GAAP) | 26,744 | 26,162 | 28,285 | 29,735 |
| R&D expense (Non GAAP) | 159,747 | 156,974 | 178,411 | 194,627 |
| **Total operating expenses (Non GAAP)** | **255,173** | **248,542** | **285,022** | **305,456** |
| **Operating profit** | **(183,560)** | **(176,932)** | **(162,638)** | **(125,533)** |
| **Adjusted EBITDA (Non-GAAP)** | **(115,235)** | **(93,794)** | **(64,898)** | **(17,670)** |
| Non-operating items | 8,626 | 12,159 | 11,018 | 10,335 |
| Profit before tax | (174,934) | (164,773) | (151,620) | (115,198) |
| Net profit (GAAP) | (175,424) | (165,123) | (151,970) | (115,548) |
| Net profit (non GAAP) | (109,335) | (85,816) | (60,767) | (15,225) |
| EPS (GAAP) | (0.36) | (0.31) | (0.27) | (0.20) |
| EPS (non GAAP) | (0.22) | (0.16) | (0.11) | (0.03) |

**CASH FLOW STATEMENT**

| Years Ending December 31 USD '000 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| Net income and minority interest | (175,424) | (165,123) | (151,970) | (115,548) |
| Depreciation | 2,236 | 3,831 | 6,537 | 7,540 |
| Share-based compensation expense | 66,089 | 79,307 | 91,203 | 100,323 |
| Finance cost | - | - | - | - |
| Loss/(gain) on foreign currency exchange rates | 618 | - | - | - |
| Other non-cash adjustments | (1,958) | - | - | - |
| Net change in working capital | (17,664) | 4,024 | (12,584) | (14,713) |
| **Operating cash flow** | **(126,103)** | **(77,961)** | **(66,814)** | **(22,398)** |
| Capex | (4,667) | (28,905) | (16,527) | (8,109) |
| Purchase of subsidiary/associate | - | - | - | - |
| Proceeds from investments | - | - | - | - |
| Other investing cash flow | (108,290) | - | - | - |
| **Investing cash flow** | **(112,957)** | **(28,905)** | **(16,527)** | **(8,109)** |
| Issuance/(repayment) of debts | - | - | - | - |
| Proceeds from issuance of convertible preferred shares | - | - | - | - |
| Payment for repurchase of convertible preferred shares | - | - | - | - |
| Issuance/(repayment) of equity | 1,200,000 | - | - | - |
| Dividend paid (including prefered shares) | - | - | - | - |
| Interest paid | - | - | - | - |
| Payments for lease liabilities | - | - | - | - |
| **Financing cash flow** | **1,041,802** | **-** | **-** | **-** |
| Other adjustments | 2,879 | - | - | - |
| **Net change in cash** | **805,621** | **(106,866)** | **(83,341)** | **(30,507)** |
| Beginning cash balance | 158,955 | 964,576 | 857,710 | 774,368 |
| Ending cash balance | 964,576 | 857,710 | 774,368 | 743,861 |

**BALANCE SHEET**

| Years Ending December 31 USD '000 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| Cash and cash equivalents | 964,576 | 857,710 | 774,368 | 743,861 |
| Short term investment | 102,134 | 102,134 | 102,134 | 102,134 |
| Account receivables | 34,094 | 36,910 | 51,697 | 67,847 |
| Inventory | 62,582 | 69,584 | 87,893 | 103,679 |
| Prepayment and other current asset | 27,882 | 5,550 | 7,010 | 8,269 |
| **Current assets** | **1,191,268** | **1,071,888** | **1,023,102** | **1,025,791** |
| PP&E | 6,805 | 31,879 | 41,870 | 42,439 |
| Operating lease right-of-use assets, net | 22,181 | 23,094 | 22,674 | 25,576 |
| Long-term investments | 26,078 | 26,078 | 26,078 | 26,078 |
| Other non-current assets | 1,818 | 1,818 | 1,818 | 1,818 |
| **Non-current assets** | **56,882** | **82,870** | **92,440** | **95,911** |
| **Total assets** | **1,248,150** | **1,154,758** | **1,115,542** | **1,121,702** |
| Short-term borrowings | - | - | - | - |
| Trade and other payables | 12,212 | 12,000 | 14,527 | 16,305 |
| Advances from customers | 31,088 | 33,656 | 44,110 | 53,920 |
| Deferred revenue, current | 9,254 | 10,397 | 11,612 | 13,776 |
| Lease liabilities | 5,697 | 10,020 | 8,619 | 10,677 |
| Other current liabilities | 50,847 | 46,805 | 53,711 | 57,930 |
| **Current liabilities** | **109,098** | **112,878** | **132,578** | **152,609** |
| Long-term borrowings | - | - | - | - |
| Lease liabilities | 16,048 | 12,638 | 13,620 | 14,462 |
| Deferred revenue, non-current | 9,343 | 1,396 | 2,266 | 2,777 |
| **Non-current liabilities** | **25,391** | **14,035** | **15,886** | **17,239** |
| **Total liabilities** | **134,489** | **126,913** | **148,464** | **169,848** |
| Mezzanine equity | - | - | - | - |
| Share capital | 29 | 29 | 29 | 29 |
| Paid-in capital | 1,479,210 | 1,558,517 | 1,649,720 | 1,750,043 |
| Subscription receivables from shareholders | - | - | - | - |
| Accumulated other comprehensive loss | 2,320 | 2,320 | 2,320 | 2,320 |
| Accumulated deficit | (367,898) | (533,021) | (684,990) | (800,538) |
| **Total shareholders' equity** | **1,113,661** | **1,027,845** | **967,078** | **951,854** |
| **Total liabilities and equity** | **1,248,150** | **1,154,758** | **1,115,542** | **1,121,702** |

**KPI & FINANCIAL RATIOS**

| Years Ending December 31 USD '000 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| **KPIs** | | | | |
| Number of Premium IoT PaaS customers | 270 | 320 | 400 | 480 |
| ARPC of premium customers | 745 | 701 | 742 | 776 |
| Total number of IoT PaaS customers | 5,500 | 4,845 | 6,340 | 7,418 |
| DBNER of IoT PaaS | 153% | 95% | 125% | 116% |
| **Growth % YoY** | | | | |
| Revenue | 67.9% | 8.3% | 33.1% | 24.2% |
| Gross profit | 106.4% | 11.1% | 41.9% | 31.5% |
| Adjusted EBITDA | 96.2% | -18.6% | -30.8% | -72.8% |
| EBIT | 162.8% | -3.6% | -8.1% | -22.8% |
| Net income (GAAP) | 162.2% | -5.9% | -8.0% | -24.0% |
| Net income (Non-GAAP) | 90.3% | -21.5% | -29.2% | -74.9% |
| FCF | 149.5% | -18.3% | -22.0% | -63.4% |
| **Margins** | | | | |
| Gross profit | 42.3% | 43.4% | 46.3% | 49.0% |
| Adjusted EBITDA | -38.1% | -28.7% | -14.9% | -3.3% |
| EBIT | -60.8% | -54.1% | -37.4% | -23.2% |
| Net income (GAAP) | -58.1% | -50.5% | -34.9% | -21.4% |
| Net income (Non-GAAP) | -36.2% | -26.2% | -14.0% | -2.8% |
| FCF | -43.3% | -32.7% | -19.2% | -5.6% |
| S&M expense as % revenue (Non-GAAP) | 24.9% | 22.5% | 20.1% | 16.9% |
| R&D expense as % revenue (Non-GAAP) | 57.7% | 53.3% | 45.6% | 40.1% |
| G&A expense as % revenue (Non-GAAP) | 23.7% | 24.5% | 20.7% | 18.1% |
| AR days | 34 | 40 | 37 | 40 |
| Inventory days | 110 | 130 | 123 | 127 |
| AP days | 37 | 24 | 21 | 20 |
| Advance payment days | 19 | 19 | 18 | 18 |

Source: Company data, Morgan Stanley Research (E) estimates

4

**Morgan Stanley** | RESEARCH

**UPDATE**

# Estimate Revisions

**2022-24 – lower revenue and gross profits...** After factoring in 2021 numbers, we reduce our revenue forecasts 20% for 2022, 22% for 2023 and 27% for 2024, to reflect lingering uncertainties and consequently more cautious order placement from its IoT PaaS customers. Our gross profit estimates decrease 23% for 2022, 24% for 2023, and 29% for 2024, reflecting margin dilution from Bluetooth products and persisting high supply chain cost.

**...but narrowing non-GAAP net losses:** We expect greater operating leverage, helped by stringent cost control from 2022 onwards. Our non-GAAP net loss forecasts narrow 1% for 2022, 7% for 2023, and 44% for 2022. We expect the company to reach break even on this basis in 2025.

**Our outer-year forecasts decline materially because of low visibility:** Given low revenue visibility of the consumption-based business model, we reduce our DBNER assumptions for outer years to reflect low conviction. We also lower our gross margin forecasts for outer years – we think Tuya's margin expansion is modestly disrupted by the supply chain issue.

**Exhibit 7:** Estimate changes: Tuya

| Years Ending December 31 | New | | | Old | | | % change | | |
|---|---|---|---|---|---|---|---|---|---|
| USD '000 | 2022E | 2023E | 2024E | 2022E | 2023E | 2024E | 2022E | 2023E | 2024E |
| Total revenues | 327,029 | 435,148 | 540,630 | 408,189 | 555,437 | 736,757 | -19.9% | -21.7% | -26.6% |
| Gross profit | 142,039 | 201,484 | 264,997 | 185,265 | 266,573 | 371,317 | -23.3% | -24.4% | -28.6% |
| Adjusted EBITDA (Non-GAAP) | (93,794) | (64,898) | (17,670) | (95,413) | (69,603) | (31,175) | 1.7% | 6.8% | 43.3% |
| Operating profit | (176,932) | (162,638) | (125,533) | (184,855) | (174,396) | (146,885) | 4.3% | 6.7% | 14.5% |
| Profit before tax | (164,773) | (151,620) | (115,198) | (172,522) | (162,961) | (135,864) | 4.5% | 7.0% | 15.2% |
| Net profit (GAAP) | (165,123) | (151,970) | (115,548) | (172,872) | (163,311) | (136,214) | 4.5% | 6.9% | 15.2% |
| Net profit (non GAAP) | (85,816) | (60,767) | (15,225) | (86,574) | (64,068) | (27,047) | 0.9% | 5.2% | 43.7% |
| EPS (non GAAP) | (0.16) | (0.11) | (0.03) | (0.14) | (0.10) | (0.04) | -19.0% | -7.3% | 36.0% |
| Price target | | 2.7 | | | 7.2 | | | -62.9% | |

Source: Morgan Stanley Research (E) estimates

5

Morgan Stanley | RESEARCH



# Valuation Methodology

**Our price target decreases to US$2.7 from US$7.2:** This is our base case scenario value, derived from a 10-year DCF model. We favor DCF because we believe it best reflects the company's long-term growth potential. Key base case assumptions are as follows:

- WACC – rises to 16.3% from 12.6%.

  - Cost of equity – rises to 17.5% from 13.4%.

    - We raise our beta assumption from 1.3 to 2.0 to reflect Tuya's higher market risk.
    - We raise our China risk premium to 5% from 3% in our base case, to reflect higher policy uncertainty for ADRs.
    - 3.5% risk-free rate is unchanged.

  - We keep other assumptions unchanged: 6% cost of debt, 10:90 debt to equity weighting.

- Our terminal growth rate remains 4%.

We roll our DCF valuation forward from December 2022 to March 2023,

**Our bear case value declines to US$1.7 from US$4.0:** Our WACC assumption increases to 19.0% in this scenario (was 12.6%). We factor in higher regulatory risks for ADRs and apply an 8% China risk premium (was 3.0%).

**Our bull case value decreases to US$7.0 from US$11.5:** Our WACC assumption increases to 13.6% in our this scenario (was 12.6%). Here we assume the uncertainty will be removed on a 12-month horizon and reduce the China risk premium to 2% (was 3.0%).

**Exhibit 8:** DCF valuation: Tuya

| Years ending December 31<br>US$ '000 | 2020 | 2021<br>Open platform | 2022E<br>0 | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DCF** | | | | | | | | | | | | | | |
| **Unlevered FCF** | (52,412) | (130,770) | (106,866) | (83,341) | (30,507) | 2,940 | 29,097 | 65,126 | 100,086 | 128,261 | 152,702 | 175,529 | 200,631 | |
| % change | -11.2% | 149.5% | -18.3% | -22.0% | -63.4% | -109.6% | 889.7% | 123.8% | 53.7% | 28.2% | 19.1% | 14.9% | 14.3% | |
| % 3-yr CAGR | 16.7% | -38.4% | -130.2% | -170.4% | -228.8% | 224.1% | 64.0% | 32.9% | 20.6% | 16.1% | | | | |
| % of revenue | -29.1% | -43.3% | -32.7% | -19.2% | -5.6% | 0.5% | 3.8% | 7.5% | 10.4% | 12.2% | 13.5% | 14.5% | 15.4% | |
| **Discounted FCF** | | | | 0.75 | 1.75 | 2.75 | 3.75 | 4.75 | 5.75 | 6.75 | 7.75 | 8.75 | 9.75 | 10-year |
| | | | 17.3% | (73,960) | (23,088) | 1,897 | 16,015 | 30,570 | 40,065 | 43,786 | 44,456 | 43,580 | 42,480 | 165,801 |
| | | | 16.3% | (74,437) | (23,437) | 1,943 | 16,538 | 31,839 | 42,087 | 46,392 | 47,507 | 46,971 | 46,180 | 181,584 |
| | | | 15.3% | (74,921) | (23,794) | 1,989 | 17,083 | 33,173 | 44,230 | 49,177 | 50,797 | 50,660 | 50,238 | 198,632 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of debt | 6.0% | **WACC** | | | 17.3% | | | 16.3% | | | 15.3% | |
| Tax rate | 15.0% | **Terminal growth** | | 3.0% | 4.0% | 5.0% | 3.0% | 4.0% | 5.0% | 3.0% | 4.0% | 5.0% |
| After-tax cost of debt | 5.1% | 10Y CF | | 165,801 | 165,801 | 165,801 | 181,584 | 181,584 | 181,584 | 198,632 | 198,632 | 198,632 |
| Debt weighting | 10.0% | Terminal value | | 306,835 | 333,179 | 363,820 | 358,713 | 391,739 | 430,630 | 422,065 | 464,010 | 514,132 |
| Risk-free rate | 3.5% | Enterprise value | | 472,636 | 498,980 | 529,621 | 540,297 | 573,322 | 612,214 | 620,697 | 662,642 | 712,764 |
| Equity risk premium | 3.0% | Net cash/(debt) | | 939,008 | 939,008 | 939,008 | 939,008 | 939,008 | 939,008 | 939,008 | 939,008 | 939,008 |
| Beta | 2.00 | **Equity value** | | 1,411,645 | 1,437,988 | 1,468,629 | 1,479,305 | 1,512,330 | 1,551,222 | 1,559,705 | 1,601,651 | 1,651,772 |
| China risk premium | 5.0% | No. of ADS ('000) | | 565,928 | 565,928 | 565,928 | 565,928 | 565,928 | 565,928 | 565,928 | 565,928 | 565,928 |
| VIE risk premium | 3.0% | **Price target (US$)** | | 2.5 | 2.5 | 2.6 | 2.6 | **2.7** | 2.7 | 2.8 | 2.8 | 2.9 |
| Cost of equity | 17.5% | P/S 2022e | | 4.3 | 4.4 | 4.5 | 4.5 | 4.6 | 4.7 | 4.8 | 4.9 | 5.1 |
| Equity weighting | 90.0% | P/S 2023e | | 3.2 | 3.3 | 3.4 | 3.4 | 3.5 | 3.6 | 3.6 | 3.7 | 3.8 |
| WACC | 16.3% | P/S 2024e | | 2.6 | 2.7 | 2.7 | 2.7 | 2.8 | 2.9 | 2.9 | 3.0 | 3.1 |

Source: Company data, Morgan Stanley Research (E) estimates

6

Morgan Stanley | RESEARCH



# Relative Valuation

Tuya is currently trading at 1x EV/sales and 4x P/S for 2022e, on par with Chinese PaaS peer Agora in terms of P/S but higher than Agora relative to net cash (Agora is now below), based on our updated forecasts. We think lingering policy risks, deteriorating purchasing power of end consumers, and low visibility raise concerns from investors, and the high base in 2Q21 is another near-term overhang. As we highlighted in our preview report: Greater China IT Services and Software: Three ADRs: Still Not Out of the Woods (18 Feb 2022), we recommend staying on the sidelines in the near term – we maintain our Equal-weight rating.

**Exhibit 9:** Valuation comps: Tuya

| Company | RIC | Last Price (USD) | MV (USD) | EV (USD mn) | EV/Sales(x) | | | Price/Sales(x) | | | Rev. CAGR 20-23E | EV/GP(x) | | | EV/GP/Growth(x) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2021E | 2022E | 2023E | 2021E | 2022E | 2023E | | 2021E | 2022E | 2023E | 2021E | 2022E | 2023E |
| Tuya | TUYA.N | 2.20 | 1,246 | 201 | 0.7x | 0.6x | 0.5x | 4.1x | 3.8x | 2.9x | 34.2% | 1.6x | 1.4x | 1.0x | 0.02x | 0.17x | 0.03x |
| Agora | API.O | 6.57 | 733 | (75) | -0.4x | -0.4x | -0.3x | 4.4x | 4.1x | 3.3x | 18.3% | -0.7x | -0.7x | -0.5x | -0.03x | -0.13x | -0.02x |
| Datadog | DDOG.O | 118.76 | 39,087 | 38,365 | 37.3x | 25.1x | 18.6x | 38.0x | 25.6x | 18.9x | 50.7% | 47.8x | 31.9x | 23.5x | 0.68x | 0.66x | 0.67x |
| Snowflake | SNOW.N | 166.75 | 62,007 | 56,881 | 46.6x | 28.0x | 18.1x | 50.9x | 30.6x | 19.7x | 74.5% | 71.6x | 40.0x | 25.6x | 0.68x | 0.60x | 0.47x |
| Twilio | TWLO.N | 125.17 | 23,078 | 18,706 | 6.6x | 4.9x | 3.8x | 8.1x | 6.0x | 4.7x | 40.7% | 12.3x | 9.4x | 7.3x | 0.20x | 0.27x | 0.26x |
| C3.AI | AI.N | 16.91 | 2,376 | 1,304 | 5.2x | 3.9x | 3.0x | 9.5x | 7.2x | 5.5x | 33.2% | 6.8x | 5.1x | 3.9x | 0.19x | 0.16x | 0.13x |
| Jfrog | FROG.O | 21.61 | 2,291 | 1,695 | 8.2x | 6.2x | 4.9x | 11.1x | 8.4x | 6.7x | 31.5% | 9.9x | 7.6x | 6.1x | 0.27x | 0.23x | 0.24x |
| MongoDB | MDB.O | 290.16 | 21,418 | 21,398 | 25.2x | 18.7x | 14.9x | 25.2x | 18.8x | 14.9x | 34.5% | 34.8x | 26.0x | 20.9x | 0.80x | 0.76x | 0.81x |
| Atlassian | TEAM.O | 238.66 | 61,597 | 61,424 | 29.4x | 22.5x | 17.8x | 29.5x | 22.6x | 17.8x | 28.8% | 34.1x | 26.4x | 21.1x | 1.16x | 0.87x | 0.79x |
| Unity | U.N | 74.35 | 21,448 | 21,424 | 19.3x | 14.2x | 10.9x | 19.3x | 14.2x | 10.9x | 36.7% | 25.0x | 18.2x | 13.9x | 0.57x | 0.51x | 0.45x |
| **Mean** | | | | | **19.7x** | **13.7x** | **10.2x** | **21.8x** | **15.3x** | **11.4x** | **38.8%** | **26.8x** | **18.2x** | **13.5x** | **0.50x** | **0.44x** | **0.42x** |
| **Median** | | | | | **19.3x** | **14.2x** | **10.9x** | **19.3x** | **14.2x** | **10.9x** | **34.5%** | **25.0x** | **18.2x** | **13.9x** | **0.57x** | **0.51x** | **0.45x** |

Source: Refinitiv, Company data, Morgan Stanley Research (E) estimates. Pricing as of close on 15 March.

**Morgan Stanley** | RESEARCH



# Risk Reward – Tuya Inc. (TUYA.N)

Lack of visibility and profitability cannot give support amid market turbulence

## PRICE TARGET    US$2.70

US$2.7: Base case, 10-year discounted cash flow model. We favor DCF because we believe it best reflects the company's long-term growth potential.
Key assumptions:
- 16.3% WACC - 17.5% cost of equity (3.5% risk-free rate, 2.0 beta, 5.0% China risk premium, and 3.0% VIE risk premium). 6% cost of debt, 10:90 debt-to-equity weighting.
- 4% terminal growth rate.

**Consensus Price Target Distribution**



Source: Refinitiv, Morgan Stanley Research

## RISK REWARD CHART



Key:  — Historical Stock Performance   ● Current Stock Price   ◆ Price Target

Source: Refinitiv, Morgan Stanley Research

## EQUAL-WEIGHT THESIS

■ Tuya's first-mover advantage, distinctive end-to-end solution, strong value proposition, and vibrant developer ecosystem stand out among competitors.
■ However, with end demand challenged by global inflation and Covid-19 resurgence in China, we forecast single-digit top-line growth in 2022.
■ We think lingering policy risks, deteriorating purchasing power of end consumers, and low visibility raise concerns from investors, and the high base in 2Q21 is another near-term overhang.
■ Trading close to net cash prevents us from going more negative.
■ We continue to think 2Q22 earnings in August could be the time to revisit Tuya's growth potential.

**Consensus Rating Distribution**



83% Overweight
17% Equal-weight
0% Underweight

● MS Rating

Source: Refinitiv, Morgan Stanley Research

| BULL CASE | US$7.00 | BASE CASE | US$2.70 | BEAR CASE | US$1.70 |
|---|---|---|---|---|---|
| 10x 2022e P/S | | 5x 2022e P/S | | 3x 2022e P/S | |

**BULL CASE** — 10x 2022e P/S

DBNER (dollar-based net expansion rate): 120% for 2022, 137% for 2023, 130% for 2024.

SaaS and other revenue growth: 100% for 2022, 80% for 2023, 65% for 2024.

IoT PaaS cost of revenue: 55% for 2022, 50% for 2023, 49% for 2024.

China risk premium at 2%.

**BASE CASE** — 5x 2022e P/S

DBNER (dollar-based net expansion rate): 95% for 2022, 125% for 2023, 116% for 2024.

SaaS and other revenue growth: 70% for 2022, 60% for 2023, 50% for 2024.

IoT PaaS cost of revenue: 57% for 2022, 55% for 2023, 53% for 2024.

China risk premium at 5%.

**BEAR CASE** — 3x 2022e P/S

DBNER (dollar-based net expansion rate): 90% for 2022, 115% for 2023, 110% for 2024.

SaaS and other revenue growth: 50% for 2022, 40% for 2023, 35% for 2024.

IoT PaaS cost of revenue: 59% for 2022, 59% for 2023, 59% for 2024.

China risk premium at 8%.

**Morgan Stanley** | RESEARCH



# Risk Reward – Tuya Inc. (TUYA.N)

## KEY EARNINGS INPUTS

| Drivers | 2021 | 2022e | 2023e | 2024e |
|---|---|---|---|---|
| DBNER (%) | 153.0 | 95.0 | 125.0 | 116.0 |
| SaaS and others revenue growth (%) | 203.6 | 70.0 | 60.0 | 50.0 |
| IoT PaaS cost of revenue (%) | 57.6 | 57.0 | 55.0 | 53.0 |

## INVESTMENT DRIVERS

- DBNER (dollar-based net expansion rate)
- SaaS and others revenue growth
- IoT PaaS cost of revenue

## GLOBAL REVENUE EXPOSURE



- ● 0-10% MEA
- ● 30-40% Mainland China
- ● 30-40% North America
- ● 30-40% UK

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

## RISKS TO PT/RATING

### RISKS TO UPSIDE

- Re-rating of high-growth tech stocks backed by secular growth
- Accelerating IoT penetration and better industry demand
- Better management execution

### RISKS TO DOWNSIDE

- Low visibility and potential pricing pressure on the consumption-based business model
- Execution risk, impeding high growth and gross margin expansion
- Lasting global inflation, eroding consumer purchasing power

## OWNERSHIP POSITIONING

| | | |
|---|---|---|
| **Inst. Owners, % Active** | 90.2% | |
| **HF Sector Long/Short Ratio** | 2.7x | |
| **HF Sector Net Exposure** | 35.5% | |

Refinitiv; MSPB Content. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

## MS ESTIMATES VS. CONSENSUS

*FY Dec 2022e*



**Sales / Revenue** (US$, mn)   327 ◆   421   403

**Net income** (US$, mn)   ◆ (165)   *Note: There are not sufficient brokers supplying consensus data for this metric*

**EPS** (US$)   ◆ (0.16)   *Note: There are not sufficient brokers supplying consensus data for this metric*

◆ Mean   ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

9



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared or are disseminated by Morgan Stanley Asia Limited (which accepts the responsibility for its contents) and/or Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research), and/or Morgan Stanley Taiwan Limited and/or Morgan Stanley & Co International plc, Seoul Branch, and/or Morgan Stanley Australia Limited (A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents), and/or Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents), and/or Morgan Stanley India Company Private Limited, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105); Stock Broker (BSE Registration No. INB011054237 and NSE Registration No. INB/INF231054231), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-372-2014) which accepts the responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research, and their affiliates (collectively, "Morgan Stanley").

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Yang Liu; Sharon Shih.

.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of February 28, 2022, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Agora Inc., Glodon Co. Ltd., Qi An Xin Technology Group Inc, Shanghai Baosight Software Co Ltd, Topsec Technologies Group Inc, Wangsu Science & Technology, Weimob Inc.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of **Tuya Inc.**, Weimob Inc.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Kingsoft Corp Ltd, **Tuya Inc.**, Weimob Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Agora Inc., Hundsun Technologies Inc., Kingsoft Corp Ltd, OneConnect Financial Tech Co Ltd, **Tuya Inc.**, Weimob Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Agora Inc., Kingsoft Corp Ltd, **Tuya Inc.**.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Agora Inc., Hundsun Technologies Inc., Kingsoft Corp Ltd, OneConnect Financial Tech Co Ltd, **Tuya Inc.**, Weimob Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Agora Inc., Kingsoft Corp Ltd, **Tuya Inc.**.

Morgan Stanley & Co. LLC makes a market in the securities of Agora Inc., Kingsoft Corp Ltd.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of February 28, 2022)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

**Morgan Stanley** | RESEARCH



| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1494 | 42% | 386 | 46% | 26% | 645 | 41% |
| Equal-weight/Hold | 1524 | 43% | 372 | 44% | 24% | 708 | 45% |
| Not-Rated/Hold | 0 | 0% | 0 | 0% | 0% | 0 | 0% |
| Underweight/Sell | 547 | 15% | 85 | 10% | 16% | 209 | 13% |
| TOTAL | 3,565 | | 843 | | | 1562 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

11

Morgan Stanley | RESEARCH

UPDATE



Tuya Inc. (TUYA.N) – As of 3/14/22 in USD
Industry : Greater China IT Services and Software

Stock Rating History: 11/15/18 : NA/NR; 6/19/19 : NA/A; 5/11/20 : NA/I; 4/12/21 : O/I; 2/19/22 : E/I

Price Target History: 4/12/21 : 26; 11/10/21 : 9.2; 2/19/22 : 7.2

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target ━ ─    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ━    Stock Price (Covered by Current Analyst) ━
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Kingsoft Corp Ltd.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's

**Morgan Stanley** | RESEARCH



securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Certain information in Morgan Stanley Research was sourced by employees of the Shanghai Representative Office of Morgan Stanley Asia Limited for the use of Morgan Stanley Asia Limited.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Hong Kong Securities Limited is the liquidity provider/market maker for securities of Kingsoft Corp Ltd, Ming Yuan Cloud Group Holdings Limited, Weimob Inc listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other

# Morgan Stanley | RESEARCH

**UPDATE**

similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports relating to such issuers and/or individual fixed income products.

### INDUSTRY COVERAGE: Greater China IT Services and Software

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (03/15/2022) |
|---|---|---|
| **Sharon Shih** | | |
| Beijing Orient National Communication (300166.SZ) | E (06/19/2019) | Rmb11.90 |
| iFlytek Co Ltd (002230.SZ) | E (04/20/2021) | Rmb45.40 |
| Yonyou Network Technology Co Ltd (600588.SS) | O (10/14/2021) | Rmb23.50 |
| **Yang Liu** | | |
| Agora Inc. (API.O) | E (07/21/2020) | US$6.57 |
| Beijing Kingsoft Office Software Inc (688111.SS) | E (09/06/2021) | Rmb187.01 |
| Beijing Thunisoft Corp (300271.SZ) | U (12/03/2021) | Rmb9.62 |
| DBAPPSECURITY Co. Ltd (688023.SS) | E (08/03/2021) | Rmb155.61 |
| Glodon Co. Ltd. (002410.SZ) | O (03/10/2022) | Rmb44.52 |
| Hundsun Technologies Inc. (600570.SS) | O (11/29/2021) | Rmb43.90 |
| Kingsoft Corp Ltd (3888.HK) | O (11/17/2020) | HK$19.64 |
| Ming Yuan Cloud Group Holdings Limited (0909.HK) | O (06/08/2021) | HK$7.01 |
| NSFOCUS Technologies Group Co Ltd (300369.SZ) | E (01/04/2021) | Rmb12.29 |
| OneConnect Financial Tech Co Ltd (OCFT.N) | E (08/04/2021) | US$1.15 |
| Qi An Xin Technology Group Inc (688561.SS) | O (01/04/2021) | Rmb57.04 |
| Sangfor Technologies Inc (300454.SZ) | U (01/27/2022) | Rmb117.85 |
| Shanghai Baosight Software Co Ltd (600845.SS) | U (05/11/2020) | Rmb46.27 |
| Shenzhen Sunline Tech Co Ltd (300348.SZ) | E (07/27/2021) | Rmb12.84 |
| Topsec Technologies Group Inc (002212.SZ) | O (12/08/2021) | Rmb11.48 |
| Tuya Inc. (TUYA.N) | E (02/19/2022) | US$2.20 |
| VenusTech (002439.SZ) | O (06/19/2019) | Rmb21.26 |
| Wangsu Science & Technology (300017.SZ) | U (03/20/2019) | Rmb5.72 |
| Weimob Inc (2013.HK) | O (02/06/2020) | HK$2.87 |
| Winning Health Technology Group Co Ltd (300253.SZ) | U (06/19/2019) | Rmb9.04 |
| Yusys Technologies Co Ltd (300674.SZ) | O (07/27/2021) | Rmb18.53 |

Stock Ratings are subject to change. Please see latest research for each company.

* Historical prices are not split adjusted.

© 2022 Morgan Stanley