UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG LIAN, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     - against -<br><br>TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED,<br><br>                Defendants. | Civil Action No. 1:22-cv-06792-JPC |

### NOTICE OF JOINDER OF QING GAO AND JING HONG IN DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that Qing Gao and Jing Hong, two Defendants in the above-captioned action, were served with the Amended Complaint on or about September 19 and 21, 2023 respectively.

By and through their undersigned counsel, Ms. Gao and Ms. Hong hereby timely move to dismiss the Amended Complaint in its entirety by joining Defendants' Motion to Dismiss the Amended Complaint dated May 1, 2023 (ECF 63), together with the supporting Memorandum of Law (ECF 64), Declaration of Edmund Polubinski III (ECF 65), and exhibits annexed thereto (ECF 65-1–14), and the supporting Reply Memorandum of Law (ECF 85), and incorporating by reference all of the arguments made in support of the Motion.

Dated: October 19, 2023
New York, New York

DAVIS POLK & WARDWELL LLP

*/s/ Edmund Polubinski III*

Edmund Polubinski III
Marie Killmond
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email:  edmund.polubinski@davispolk.com
        marie.killmond@davispolk.com

Mari Grace Byrne
901 15th St, NW
Washington, DC 20005
Tel: (202) 962-7000
Email: mari.grace@davispolk.com

Jonathan K. Chang
10/F The Hong Kong Club Building
3A Chater Road
Hong Kong SAR, China
Tel: (852) 2533-3300
Email:  jonathan.chang@davispolk.com

*Attorneys for Defendants Tuya, Inc., Yi
(Alex) Yang, Yao (Jessie) Liu, Qing Gao,
Jing Hong, Scott Sandell, Carmen Chang,
and Jeff Immelt*

2