```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
XIAOMENG LIAN, individually and on behalf of all                       :
others similarly situated,                                             :
                                                                       :
                                    Plaintiff,                         :    22 Civ. 6792 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
TUYA, INC. et al.,                                                     :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 29, 2023, the United States Supreme Court granted certiorari in *Macquarie Infrastructure Corporation v. Moab Partners, L.P.*, No. 22-1165, 2023 WL 6319659 (U.S. Sept. 29, 2023). The question presented was "[w]hether the Second Circuit erred in holding—in conflict with the Third, Ninth, and Eleventh Circuits—that a failure to make a disclosure required under Item 303 can support a private claim under Section 10(b), even in the absence of an otherwise-misleading statement." Petition for a Writ of Certiorari at i, *Macquarie*, No. 22-1165, 2023 WL 3778765 (May 30, 2023).

The Court intends to hold a conference on November 8, 2023, at 2:00 p.m., at which counsel for the Lead Plaintiffs and Defendants should be prepared to discuss the potential impact in this case of a decision from the Supreme Court in *Macquarie* and whether a stay pending the Supreme Court's decision is appropriate. Unless the Court orders otherwise, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, the conference must be attended by the attorney who will serve as principal trial counsel. The parties are additionally invited—but not required—to file pre-

conference letters setting forth their positions on the issues identified above no later than November 3, 2023, at 5:00 p.m. These letters should not exceed three, single-spaced pages.

SO ORDERED.

Dated: October 23, 2023
      New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge