

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

> The Underwriter Defendants' application is GRANTED.
>
> The Initial Case Management Conference is adjourned to May 2, 2024 at 11:00 a.m. The parties are directed to dial 1-646-453-4442; Access Code 704 945 090# at the scheduled time.
>
> The Clerk of the Court is respectfully directed to terminate ECF 127.
>
> DATED: March 15, 2024
> New York, New York
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

March 14, 2024

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Lian v. Tuya Inc., et al.*, No. 22-cv-6792

Dear Judge Tarnofsky:

    We represent defendants Morgan Stanley & Co. LLC, BofA Securities, Inc., and China International Capital Corporation Hong Kong Securities Limited (the "Underwriter Defendants") in the above-referenced action, and I serve as lead counsel. Pursuant to Rules 1(E) and 2(A) of the Court's Individual Practices in Civil Cases, we respectfully submit this letter-motion to request an agreed-upon adjournment of the Initial Case Management Conference ("ICMC") currently scheduled for Friday, April 12, 2024, and an extension of related deadlines set forth in the Initial Case Management Conference Order ("ICMC Order," ECF No. 124).

    I am scheduled to be on trial in another matter in federal district court in the Southern District of West Virginia beginning the week of April 8. The length of the jury trial is somewhat uncertain at this time, but is likely to last between five to ten days. Accordingly, I will be unable to attend the ICMC on its currently scheduled date. We therefore respectfully request that the ICMC be adjourned to a date on or after May 2, as is convenient for the Court. Relatedly, we respectfully request that the Court extend the corresponding deadlines in the ICMC Order (*i.e.*, Rule 26(f) conference to be held at least 21 days prior to the rescheduled ICMC; initial disclosures to be served within 14 days of the Rule 26(f) conference; Report of Rule 26(f) Meeting and Proposed Case Management Plan to be filed seven days prior to the rescheduled ICMC).

    We have conferred with counsel for Plaintiffs and for Defendants Tuya, Inc., Yi (Alex) Wang, Xueji (Jerry) Wang, Liaohan (Leo) Chen, Yao (Jessie) Liu, Scott Sandell, Carmen Chang, Jeff Immelt, Qing Gao, and Jing Hong (the "Tuya Defendants"). Plaintiffs and the Tuya Defendants consent to the requested adjournment. This is the first request for an adjournment of the ICMC and related deadlines.

    We are available at the Court's convenience should Your Honor have any questions.

ROPES & GRAY LLP

- 2 -  March 14, 2024

Respectfully submitted,

*/s/ Gregg L. Weiner*
Gregg L. Weiner

Cc:  All counsel of record via ECF