UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG LIAN, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      - against -<br><br>TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED,<br><br>               Defendants. | Civil Action No. 1:22-cv-06792-JPC-RFT |

## NOTICE OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Edmund Polubinski dated April 25, 2024, and the exhibits attached thereto, Defendants Tuya Inc., Xueji (Jerry) Wang, Liaochan (Leo) Chen, Yi (Alex) Yang, Yao (Jessie) Liu, Scott Sandell, Carmen Chang, Jeff Immelt, Qing Gao, Jing Hong, Morgan Stanley & Co. LLC, BofA Securities Inc., and China International Capital Corporation Hong Kong Securities Limited (collectively, "Defendants") will move this Court for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

In accordance with the schedule set by the Court, Plaintiffs' answering papers shall be filed on or before June 10, 2024, and the Defendants' reply papers will be filed on or before July 10, 2024.

Dated: April 25, 2024
New York, New York

Respectfully submitted,


DAVIS POLK & WARDWELL LLP

*/s/ Edmund Polubinski*

Edmund Polubinski
Marie Killmond

450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email:  edmund.polubinski@davispolk.com
          marie.killmond@davispolk.com

Mari Grace
Davis Polk & Wardwell LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7020
Email:  mari.grace@davispolk.com

Jonathan K. Chang
10/F The Hong Kong Club Building
3A Chater Road
Hong Kong SAR, China
Tel: (852) 2533-3300
Email:  jonathan.chang@davispolk.com

*Attorneys for Defendants Tuya, Inc., Xueji
(Jerry) Wang, Liaohan (Leo) Chen, Yi (Alex)
Yang, Yao (Jessie) Liu, Scott Sandell, Carmen
Chang, Jeff Immelt, Qing Gao, and Jing Hong*

ROPES & GRAY LLP

*/s/ Gregg L. Weiner*

Gregg L. Weiner
Andrew S. Todres

1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Email:  gregg.weiner@ropesgray.com
          Andrew.todres@ropesgray.com

*Attorneys for Defendants Morgan Stanley &
Co. LLC, BofA Securities, Inc., and China
International Capital Corporation Hong
Kong Securities Limited*