UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG LIAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, <br><br> Defendants. | Civil Action No. 1:22-cv-06792-JPC-RFT |

**DECLARATION OF EDMUND POLUBINSKI IN SUPPORT OF DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

Edmund Polubinski, pursuant to 28 U.S.C. § 1746, hereby declares:

1.    I am an attorney admitted to practice before this Court, and I am a partner at Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Tuya, Inc. ("Tuya"), Xueji (Jerry) Wang, Liaohan (Leo) Chen, Yi (Alex) Yang, Yao (Jessie) Liu, Scott Sandell, Carmen Chang, Jeff Immelt, Qing Gao, and Jing Hong.  I submit this declaration in support of the Defendants' Motion for Judgment on the Pleadings.

2.    Annexed hereto as Exhibit 1 is a true and correct copy of the registration statement declared effective on March 17, 2021 that Tuya filed with the Securities and Exchange Commission in connection with its March 18, 2021 initial public offering, available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1829118/000119312521079368/ d75491df1a.htm.  Exhibit 1 is referenced throughout the Amended Complaint.

1

3.      Annexed hereto as Exhibit 2 is a true and correct copy of a May 6, 2021 report entitled "Amazon Fake Reviews Scam Exposed in Data Breach," published by Safety Detectives and available at: https://www.safetydetectives.com/blog/amazon-reviews-leak-report/.  Exhibit 2 is referenced in, among others, paragraph 78 of the Amended Complaint.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of an article authored by Rita Liao, entitled "Prime today, gone tomorrow: Chinese products get pulled from Amazon," published by *TechCrunch* on May 11, 2021 and available at: https://techcrunch.com/2021/05/11/chinese-products-get-pulled-from-amazon/.  Exhibit 3 is referenced in paragraphs 80 and 81 of the Amended Complaint.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of a Morgan Stanley research report on Tuya, entitled "2Q21 beat; 3Q temporarily impacted by cross-border ecommerce headwinds," published on August 18, 2021.  Exhibit 4 is referenced in paragraph 93 of the Amended Complaint.

6.      Annexed hereto as Exhibit 5 is a true and correct copy of a BofA Securities research report on Tuya, entitled "Strong 2Q beat; 3Q guidance below expectation but 4Q growth likely resume," published on August 18, 2021.  Exhibit 5 is referenced in paragraph 94 of the Amended Complaint.

7.      Annexed hereto as Exhibit 6 is a true and correct copy of a transcript of Tuya's Third Quarter 2021 earnings call held on November 23, 2021, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2021/q3/Tuya-Inc.,-2021-Q3-Earnings-Call-Transcript.doc.pdf.  Exhibit 6 is referenced in, among others, paragraphs 99 and 100 of the Amended Complaint.

8.      Annexed hereto as Exhibit 7 is a true and correct copy of a transcript of Tuya's Fourth Quarter 2021 earnings call held on March 15, 2022, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2021/q4/Tuya-Inc.-4Q21-Earnings-Call-Transcript_vS.pdf.  Exhibit 7 is referenced in, among others, paragraphs 104 and 105 of the Amended Complaint.

9.      Annexed hereto as Exhibit 8 is a true and correct copy of a Morgan Stanley research report on Tuya entitled "Lack of Visibility for 2022," published on March 15, 2022. Exhibit 8 is referenced in paragraph 107 of the Amended Complaint.

10.      Annexed hereto as Exhibit 9 is a true and correct copy of a transcript of Tuya's First Quarter 2022 earnings call held on June 14, 2022, available at: https://s27.q4cdn.com/751054641/files/doc_financials/2022/q1/Tuya-Inc.-1Q22-Earnings-Call-Transcript.pdf.  Exhibit 9 is referenced in, among others, paragraphs 108, 109, 110, and 111 of the Amended Complaint.

11.      Annexed hereto as Exhibit 10 is a true and correct copy of a Morgan Stanley research report on Tuya, among other companies, entitled "Great China IT Services and Software: Tough Time for Three ADRs," published on November 9, 2021.

12.      Annexed hereto as Exhibit 11 is a true and correct copy of a Huatai Financial Holdings research report on Tuya entitled "Tuya Smart-Leading in AIoT, driving growth with smart connectivity," published on April 15, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2024
New York, New York                         */s/ Edmund Polubinski*
                                            EDMUND POLUBINSKI

3