Exhibit 11

Equity Research Report

## Tuya Smart (TUYA US)

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

# Leading in AIoT, driving growth with smart connectivity

| **Huatai Research** | **Initiation** |
|---|---|
| 15 April 2022 │ US | **Communications Services** |

### Global leading AIoT cloud platform, smart connection drives future

Tuya is a global leading AIoT cloud platform provider. By 3Q21, it had empowered over 500,000 device SKUs and covered more than 220 countries and regions, growing into the world's largest IoT PaaS provider with a 16% market share. We believe that with the rapid growth in IoT connections, the global IoT market has broad space for development. Given the rapidly growing IoT market and Tuya's competitive positioning, we derive a target price of USD5.22 based on 10x 2022E PS (SaaS/PaaS industry average: 11.1x). Initiate at BUY.

### IoT PaaS: benefiting from IoT growth, E2E strength, and neutrality

Tuya is in an industry-leading position in the IoT PaaS field. We believe its IoT PaaS business will profit from: 1) the increasing number of global IoT connections – according to IoT Analytics, the 2020-2025 CAGR of global IoT connections should reach 21.4%; 2) end-to-end service capabilities – Tuya provides customers with full-stack solutions, thus lowering the threshold for traditional brands/OEMs to move into intelligence production; and 3) ecological construction – Tuya's neutrality enables it to achieve multi-cloud and multi-protocol compatibility. As a result, it has the potential to be a hub that links various brands, devices, and end-users.

### Industry SaaS: new business unveils second growth curve

Tuya has launched industry SaaS services for real estate/community, hotel/apartment (residential), and commercial lighting/iBuilding. Tuya delivered more than 150 real estate and community SaaS projects in 2021, its commercial lighting SaaS services over 300 projects worldwide, and its SaaS covers more than 2,000 hotels. In the future, the company plans to focus on expanding key accounts and developing and improving products and solutions. We believe that SaaS will become an important driver for Tuya's next phase of growth.

### Initiate coverage at BUY with target price of USD5.22

In the short term, the slowdown in consumer electronics demand caused by inflation, shipping costs and capacity, and geopolitical conflicts will have a temporary adverse effect on Tuya's revenue growth in 2022E. In the medium and long term, we believe Tuya should benefit from the growth of IoT worldwide. We estimate Tuya's revenue to increase 10% yoy to USD333mn in 2022E and return to normal levels to USD414/505mn in 2023E/2024E, up 24%/22% yoy. We expect Tuya to continue to improve its quality and efficiency, so its non-GAAP loss rate should continue to narrow in 2022E-2024E. Considering the impact of slowing consumer electronics demand on Tuya, we derive a target price of USD5.22 based on 10x 2022E PS (SaaS/PaaS industry average: 11.1x). Initiate at BUY.

Risks: intensified competition, customer expansion uncertainty, and rise in prices of upstream raw materials.

### Financials

| YE 31 Dec | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenue (USDmn) | 179.87 | 302.08 | 333.11 | 413.77 | 505.24 |
| +/-% | 70.03 | 67.94 | 10.28 | 24.21 | 22.11 |
| Net profit (USDmn) | (66.91) | (175.42) | (174.71) | (147.35) | (101.33) |
| +/-% | 5.06 | (162.17) | 0.41 | 15.66 | 31.23 |
| EPS (diluted, USD) | (0.15) | (0.36) | (0.27) | (0.23) | (0.16) |
| ROE (%) | (34.09) | (27.35) | (17.75) | (18.86) | (15.43) |
| PE (x) | (20.49) | (8.48) | (11.10) | (13.27) | (19.29) |
| PB (x) | 8.11 | 1.34 | 2.27 | 2.76 | 3.22 |
| EV EBITDA (x) | (23.23) | (4.11) | (5.09) | (7.60) | (11.79) |

Source: Company announcements, Huatai Research estimates

| Rating (Initiate): | **BUY** |
|---|---|
| **Target price (USD):** | **5.22** |

| Analyst | HUANG Leping, PhD |
|---|---|
| SAC No. S0570521050001 | leping.huang@htsc.com |
| SFC No. AUZ066 | |

| Analyst | YU Yi |
|---|---|
| SAC No. S0570520090002 | yuyi@htsc.com |
| SFC No. BNC535 | |

### Key data

| | |
|---|---|
| Target price (USD) | 5.22 |
| Closing price (USD as of 13 Apr) | 3.04 |
| Potential upside -/+ (%) | 72 |
| Mkt cap (USDmn) | 1,717 |
| 6m avg daily val (USDmn) | 12.50 |
| 52wk price range (USD) | 1.75-26.65 |
| BVPS (USD) | 1.98 |

### Share performance



Source: S&P

---

*This report must be read with important disclosures and analyst certifications located on the end of the report.*



華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

# Contents

**Initiating coverage at BUY with target price of USD5.22** ...................................................................**3**

Earnings forecasts ..........................................................................................................................3

Valuation analysis ..........................................................................................................................4

Core investment thesis ...................................................................................................................4

Our views versus market perception ..............................................................................................5

**Leading IoT cloud platform with robust expansion capabilities** .............................................**7**

Business analysis: providing all-round AIoT services via Tuya IoT cloud ......................................8

    IoT PaaS: modules contribute core revenue, cloud and app raise value ..................................9

    IoT SaaS: deployed in high-potential industries, to serve as a growth driver in the next stage ...............10

    Smart device distribution and value-added services: helping foster the IoT eco-system ..........12

Competitiveness analysis #1: E2E enables product intellectualization ........................................13

Competitiveness analysis #2: neutrality empowers distinctive positioning ..................................14

Competitiveness analysis #3: Ecosystem creates long-term edge ..............................................14

Competitiveness analysis #4: Global reach a hedge against negative impact ..............................15

**Industry analysis: The value of IoT PaaS is gradually emerging** ..........................................**16**

The number of IoT connections is growing rapidly ......................................................................16

Platform layer and application layer should further enhance Tuya's position ...............................17

IoT PaaS competitive landscape: multiple players, diverse styles ..............................................19

**Financial analysis and forecasts** ..........................................................................................**22**

Revenue analysis: IoT PaaS and SaaS businesses are growth engines ......................................22

Profitability analysis .....................................................................................................................23

Risks ............................................................................................................................................25

**Tuya Smart (TUYA US)**



## Initiating coverage at BUY with target price of USD5.22

We initiate coverage of Tuya with a BUY rating and target price of USD5.22, based on a 10.0x 2022E PS (SaaS/PaaS industry global average: 11.1x 2022E PS), corresponding to 8.11x 2023E PS. Since mid-2021, affected by external supply chains, shipping costs and capacity, data security risks, China concept stock risks, inflation in Europe and the US, and the conflict between Russia and Ukraine, Tuya's stock price has experienced a downswing. From a short-term perspective, we believe its revenue growth in 2021 and current stock price are the results of the impact of these factors; the slowdown in consumer electronics demand caused by inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine will continue to have a temporary negative impact on the company's revenue growth in 2022. The company aims to improve quality and efficiency, focus on key accounts, continue to expand the Chinese market, and adopt low-cost solutions to achieve steady growth.

In the medium and long term, the market is interested in the growth potential of Tuya's IoT PaaS and SaaS business and whether it can continue its competitive advantage. Against the backdrop of high growth in the number of IoT connections, we believe that the global IoT market offers broad development opportunities. With its neutrality, end-to-end platform, and global resource coverage, we expect Tuya to continue to maintain its leading position in the IoT PaaS field as well as achieve strong growth in new areas such as IoT SaaS. Therefore, we are confident about the investment value of the company in the mid-term and long-term.

### Earnings forecasts

We believe that in the short term, Tuya's revenue growth in 2022 will be temporarily pressured by inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine. We estimate its revenue to grow 10.3% yoy to USD333mn in 2022E. In the medium and long term, under the rapid growth in IoT connections, the global IoT market has broad space for development, in our view. With its competitiveness of neutrality, end-to-end platform, and global resource coverage, we believe that the company will continue to maintain its leadership and achieve strong growth in its IoT SaaS business. We believe that its revenue growth will return to normal in 2023E and 2024E. Therefore, we expect its 2023E/2024E revenue to increase 24.2%/22.1% yoy to USD414/505mn. Driven by GPM and operating leverage, we expect its 2022E/2023E/2024E non-GAAP net loss to be USD95.41/61.70/10.54mn, corresponding to a non-GAAP net loss ratio of -28.64%/-14.91%/-2.09%. We expect it to be profitable in 2025E.

**Fig.1: Financial data and key ratios**

| (USD'000) | 1Q21A | 2Q21A | 3Q21A | 4Q21A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | **56,868** | **84,663** | **85,578** | **74,967** | **302,076** | **333,115** | **413,773** | **505,243** |
| YOY | 200.2% | 118.0% | 44.9% | 19.0% | 67.9% | 10.3% | 24.2% | 22.1% |
| Cost of goods sold | 33,485 | 48,961 | 49,147 | 42,616 | 174,209 | 183,068 | 216,108 | 250,667 |
| **Gross profit** | **23,383** | **35,702** | **36,431** | **32,351** | **127,867** | **150,047** | **197,665** | **254,576** |
| YOY | 307.4% | 203.9% | 79.2% | 34.1% | 106.5% | 17.4% | 31.7% | 28.8% |
| Selling and marketing expenses | 16,412 | 19,388 | 21,151 | 18,433 | 75,384 | 77,997 | 74,889 | 74,888 |
| Administrative expenses | 16,062 | 16,292 | 18,224 | 21,011 | 71,589 | 80,463 | 85,014 | 89,395 |
| R&D expenses | 34,709 | 42,657 | 50,736 | 46,187 | 174,289 | 180,677 | 196,769 | 201,865 |
| Other income/expenses | 2,523 | 1,117 | 4,471 | 1,724 | 9,835 | 1,666 | 2,069 | 2,526 |
| **Operating profit** | **(41,277)** | **(41,518)** | **(49,209)** | **(51,556)** | **(183,560)** | **(187,424)** | **(156,939)** | **(109,046)** |
| YOY | -89.5% | -166.5% | -257.1% | -175.6% | -162.8% | -2.1% | 16.3% | 30.5% |
| **Net profit (GAAP)** | **(40,533)** | **(38,130)** | **(47,917)** | **(48,844)** | **(175,424)** | **(174,712)** | **(147,350)** | **(101,329)** |
| YOY | -96.4% | -158.6% | -264.4% | -165.7% | -162.2% | 0.4% | 15.7% | 31.2% |
| **Net profit (non-GAAP)** | **(23,751)** | **(23,119)** | **(31,248)** | **(31,217)** | **(109,335)** | **(95,405)** | **(61,699)** | **(10,538)** |
| YOY | -26.2% | -77.4% | -203.9% | -103.6% | -90.3% | 12.7% | 35.3% | 82.9% |
| **Ratio analysis** | | | | | | | | |
| Gross margin | 41.1% | 42.2% | 42.6% | 43.2% | 42.3% | 45.0% | 47.8% | 50.4% |
| Net margin (GAAP) | -71.3% | -45.0% | -56.0% | -65.2% | -58.1% | -52.5% | -35.6% | -20.1% |
| Net margin (non-GAAP) | -41.8% | -27.3% | -36.5% | -41.6% | -36.2% | -28.6% | -14.9% | -2.1% |

Source: Company data, Huatai Research estimates

---

*This report must be read with important disclosures and analyst certifications located on the end of the report.*     3

## Valuation analysis

We estimate Tuya's 2022E/2023E/2024E revenue at USD333/414/505mn. Considering the likely short-term adverse impact on the company's 2022 performance due to the slowdown in consumer electronics demand caused by inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine, we value the stock at a 10x 2022E PS (vs the SaaS/PaaS peer average of 11.1x 2022E PS in the US and Hong Kong markets), with a target price of USD5.22.

**Fig.2: Valuation comparison (as at 11 April 2022)**

| Comparable companies | Ticker | Market cap (USDmn) | Revenue growth (yoy %) | | | PS (x) | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2022E | 2023E | 2024E | 2022E | 2023E | 2024E |
| SHOPIFY | SHOP US Equity | 77,771.7 | 31.2% | 32.1% | 33.7% | 12.9 | 9.7 | 7.3 |
| SERVICENOW | NOW US Equity | 102,284.0 | 25.7% | 24.7% | 23.9% | 13.8 | 11.1 | 8.9 |
| DATADOG | DDOG US Equity | 42,406.1 | 48.8% | 37.3% | 40.6% | 27.7 | 20.2 | 14.3 |
| UNITY SOFTWARE | U US Equity | 26,624.4 | 34.3% | 29.5% | 28.3% | 17.8 | 13.8 | 10.7 |
| TWILIO | TWLO US Equity | 26,377.2 | 35.0% | 29.8% | 31.0% | 6.9 | 5.3 | 4.0 |
| WORKDAY | WDAY US Equity | 57,029.7 | -0.2% | 20.9% | 19.9% | 11.1 | 9.2 | 7.7 |
| SALESFORCE | CRM US Equity | 193,495.5 | -0.3% | 21.5% | 18.0% | 7.3 | 6.0 | 5.1 |
| ZENDESK | ZEN US Equity | 14,866.7 | 26.4% | 24.9% | 23.9% | 8.8 | 7.0 | 5.7 |
| WEIMOB | 2013 HK Equity | 1,521.6 | 18.9% | 22.8% | 17.8% | 3.1 | 2.5 | 2.1 |
| CHINA YOUZAN | 8083 HK Equity | 401.9 | 23.8% | 30.5% | 8.1% | 1.3 | 1.0 | 0.9 |
| **Average** **(Arithmetic mean)** | | | 24.4% | 27.4% | 24.5% | 11.1 | 8.6 | 6.7 |

Note: Using consensus forecasts from Bloomberg, with closing prices as at 11 April 2022
Source: Bloomberg, Huatai Research

## Core investment thesis

**From our point of view, Tuya, the world's largest IoT PaaS player, will continue to enhance its industry position with the following three advantages:**

1.  **End-to-end IoT service capabilities lower the barriers to intelligence.** Tuya is the world's largest IoT PaaS service provider, covering the entire IoT industry chain from perception layer, network layer, and platform layer, to application layer. Its core IoT PaaS business provides full-stack solutions from IoT modules and cloud platforms to apps. Via Tuya's low/zero code, multi-cloud compatible, and multi-communication protocol compatible development platform, developers can perform all IoT enablement tasks from design to launch using only the Tuya IoT cloud platform, without having to switch to different platforms.

    Unlike technology giants such as Alibaba and Huawei, which only offer a unified and standardized PaaS platform, Tuya's IoT PaaS platform is more flexible. By combining the specific requirements of different scenarios, Tuya provides customers with one-stop solutions, thus lowering the threshold for traditional brand owners/OEMs to transform to product intelligence. Meanwhile, Tuya has launched industry SaaS services for industry verticals, such as property management and hotels. This initiative promotes the transformation and upgrading of traditional industry management models and services, which should enhance their value, in our opinion.

2.  **Neutral positioning and global reach facilitate IoT eco-system construction.** "Connectivity of everything" is the ultimate vision of IoT development, and compatibility and openness are the prerequisites for this ultimate vision. For one thing, Tuya's neutral positioning as a third-party IoT cloud platform allows for multi-cloud, multi-protocol compatibility in its technical architecture. Compared to IoT platforms offered by OEMs, such as Xiaomi, Huawei, and Haier, Tuya is more brand-neutral, with all-brand and all-category access capabilities. For another, its IoT platform is available both in China and abroad thanks to its neutral position and its open and compatible technology architecture. Also, its global reach enables Chinese enterprises to go abroad to support the construction of the IoT eco-system.

---

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

3. **IoT eco-system is self-reinforcing, and Tuya is successfully establishing its moat.** The number of device connections is an important factor for customers to consider when choosing an IoT PaaS platform. A platform that is already connected to numerous devices will provide a seamless and comprehensive experience for users, and therefore will attract more devices to access it. This reinforcing positive feedback mechanism makes first-mover advantage particularly important. By the end of 2020, Tuya, by far the world's largest IoT PaaS platform, had empowered over 252,000 device SKUs and covered more than 220 countries and regions, thus successfully establishing its ecological barrier.

## Our views versus market perception

From the perspective of market performance, the company's stock price is mainly driven by industry prosperity and performance, and is affected by external supply chains, data security risks, shipping costs and capacity, the degree of inflation, the Russia-Ukraine conflict, and China concept stock risks.

1) Before July 2021, the company's stock price performed well, driven by the industry boom and better-than-expected-by-the-market performance. In May 2021, the company released its first quarterly financial report after its listing. In 1Q21, revenue increased by 201% yoy, and the quarterly orders placed by 89 brand customers were more than five times that in 1Q20. During the same period, industry SaaS business revenue increased by 224% yoy. This robust performance has strengthened the market's confidence in the competitiveness of Tuya's IoT PaaS business and the growth of the industry's SaaS business, and the company's stock price rose significantly as a result.

2) Since the middle of 2021, affected by factors such as Amazon's store closures, rising shipping costs and weakening shipping capacity, shortage of supply chain chips, inflation in Europe and the US, the conflict between Russia and Ukraine, and China concept stock risks, the company's stock price has fallen significantly. The current stock price of USD2.96 corresponds to 5.76x its 2022 PS valuation (as of 11 April 2022), significantly lower than the 11.1x 2022 PS valuation level of the industry. The company's embedded PS ((total market capitalization - net cash) / 2022 revenue) is only 1.82x (as of 11 April 2022), indicating that the company's stock price is currently low.

**Fig.3: Analysis of Tuya's stock price**



Source: Company data, Huatai Research

From a fundamental point of view, in the short term, Tuya's 2021 revenue and stock price have reflected the impact of these negative factors. The adverse impact of the slowdown in consumer electronics demand caused by the continued inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the Russian-Ukrainian conflict on its revenue growth in 2022 is a temporary impact, in our view. In 2022, the company aims to improve quality and efficiency, focus on major customers, continue to expand in the Chinese market, and adopt low-cost solutions to achieve steady growth. In the long term, on the one hand, global IoT device shipments should continue to increase at a rapid pace, in our opinion, and the era of the internet of everything is approaching at an accelerated speed. With its steady neutral, open, and compatible positioning, we believe Tuya will benefit from the rapid development of the IoT industry in the long term. On the other hand, the company is actively expanding from PaaS to SaaS, with the potential to start a new growth curve.

**Fig.4: US inflation continues to rise**



Source: Wind, Huatai Research

**Fig.5: Global consumer electronics sales revenue**



Source: Statista, Huatai Research

In terms of regulatory risk, investors are concerned about the impact of data security, personal privacy protection laws, and the risk of delisting of China concept stocks.

1) Regarding data security and personal privacy protection: End-user data in Tuya IoT cloud platform are mainly users' interactive instructions with smart home devices (such as turning lights on and off), and do not involve property, health and physiology, biometrics, or other sensitive private information. Tuya has obtained multiple data security certifications to meet the requirements of various relevant laws and regulations, and business operations are not affected. However, the strengthening of security compliance supervision has led to increases in the cost of a self-developed IoT platform for customers, and customers are now more motivated to hand over this part of the business to professional third-party organizations such as Tuya.

2) Regarding the delisting risk of Chinese concept stocks: according to the new regulations on the targeted simplification of the listing system for overseas issuers that was announced by the Hong Kong Stock Exchange on 19 November 2021, overseas issuers whose market value exceeds HKD10bn and that have been listed for two full fiscal years may apply for a secondary listing in Hong Kong. Tuya's market value was HKD13.232bn as of 11 April 2022, thus it meets the market value threshold. Once the company has been listed for two full fiscal years (ie, early in 2023), it will have met the requirements for a second listing in Hong Kong, and can return to Hong Kong for the second time. The option of listing may reduce the impact of the delisting risk of Chinese concept stocks on the company.

---



華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

# Leading IoT cloud platform with robust expansion capabilities

**Tuya is a leading IoT cloud platform globally, offering enterprises comprehensive ecosystem empowerment, ranging from technology to distribution.** The company's business includes IoT PaaS, SaaS, and others, smart device distribution, and providing one-stop solutions for AIoT, with services covering modules, apps, and clouds. As of 2021, Tuya's IoT development platform had more than 510,000 registered developers in over 200 countries and regions. It services 8,400 customers, reaching over 100,000 online and offline sales channels. According to CIC, the company powered more than 204mn smart devices in 2020, making it the world's largest IoT PaaS supplier with a 16% market share in 2021.

**Fig.6: Tuya's product launch roadmap**



Source: Company data, Huatai Research

**Fig.7: Tuya's business covers three areas: IoT modules, apps, and smart cloud**



Source: Company data, Huatai Research

**Tuya's development can roughly be divided into two stages.**
1) Platform-building period (2014-2016): Tuya was first set up to develop the technology and build its primary cloud platform, launching an IoT public cloud, an IoT cloud platform, and an IoT module. Tuya focused on PaaS services, which helps enterprises quickly connect and control smart devices.

2) Business development period (2017-present): Tuya has made significant breakthroughs in its PaaS business, achieving rapid growth in number of customers and connected devices, and has established branches in several countries. The company has pursued a diversified business strategy, digging deeper into AI capabilities in PaaS while expanding into smart device distribution and SaaS industry solutions, focusing on building the Tuya IoT ecosystem.

---

**Fig.8: Tuya's development history**



Source: Company data, company prospectus, Huatai Research

**Core management and Tencent shareholding are expected to create synergies.** Tuya's management team has years of business administration experience and relevant technical background, with some having previously worked for technology giants such as Alibaba and GE. The core members of the management team co-founded PHPWind, one of the best-known PHP open-source forum platforms in China. Apart from the core management team, Tencent is the largest external shareholder with a 10.4% equity stake post-IPO. (Tencent has been making full-on investments in industrial internet since 2018.) In the future, we believe Tuya will generate synergy with Tencent's industrial internet ecology.

**Fig.9: Tuya's shareholding structure (post-IPO)**



Source: Company prospectus, Huatai Research

## Business analysis: providing all-round AIoT services via Tuya IoT cloud

**Tuya has launched IoT PaaS, SaaS, and smart device distribution, rendering comprehensive AIoT services.** The company's mission is to "make devices smart", namely assisting traditional OEMs and brand owners to complete the intelligent transformation of their products. The business can be divided into three categories: 1) IoT PaaS (module + platform), which accounted for 86.5% of revenue in 2021; 2) smart device distribution, representing 6.2% of 2021 revenue; and 3) SaaS and other business items, making up 7.3% of 2021 revenue.

**Fig.10: Tuya's business model**



Source: Company prospectus, Huatai Research

**Fig.11: Tuya's services and pricing**

| | Services | Pricing |
|---|---|---|
| IoT PaaS | Zero code development + basic cloud services | Cloud module cost, one-off charge based on number of devices |
| | IoT OS multi-code development (SDK) + basic cloud services | Cloud module fee + one-time license fee, one-time fee based on number of devices |
| | Advanced cloud services (e.g. cloud storage) | Based on the pricing of selected packages, revenue recognition begins upon activation by the end user |
| | Public version App/App development tools (SDK) | Free |
| | Customized App | Customized app requires stage payments as per contract |
| Industry SaaS | Software licensing, maintenance and technical support | Annual subscription fee |
| Distribution services | Tuya Expo | Free access |
| | Tuya Mall | One month free trial period, after which a subscription fee is charged depending on the length of service requested |
| | Smart device distribution | Earn the difference between the sales and buy price |
| Value-added services | AI virtual assistant, data analysis, data storage, message pushing, etc | Most are free of charge, with a small proportion charged at the request of the customer and revenue recognised on completion of the obligation. |

Source: Company website, Company prospectus, Huatai Research

### IoT PaaS: modules contribute core revenue, cloud and app raise value

The IoT PaaS service covers three components: IoT modules, cloud services, and apps, thus helping customers to quickly realize the intelligent upgrade of their products at a low cost. Specifically:

**Modules:** Providing modules to enable multi-party connectivity, send control signals, collect data, and other functions. To lower the threshold of product usage, the company has built an IoT cloud development platform, enabling customers to rely on zero-code development/multi-code development (SDK) + Tuya Cloud Module to help their digital products to be deployed and developed quickly on the cloud in a one stop-process.

**Cloud service:** Relying on Tuya's own six data centers to provide real-time data interaction between smart devices and the Tuya Cloud. In addition to public cloud services, Tuya is able to create on-demand private deployments and platforms for customers, enabling direct connections between devices, gateways, and private cloud platforms.

**App:** Providing a public version of "All in One App" + lightweight personalized development tools to help customers deploy integrated management software efficiently. In addition to the free public version of the app, Tuya also provides personalized app deployment tools, such as OEMApp and AppSDK, to provide a consistent user experience for end-users.

**Fig.12: Tuya's IoT PaaS services**



Source: Company website, company prospectus, Huatai Research

**IoT PaaS business revenue is generated from two main sources:**
One source is the IoT module cost, which is the most significant source of revenue for the IoT PaaS business. Modules are charged on a per-device basis and revenue growth comes from new device deployments. Incremental device deployments can be further broken down into: 1) an increase in the category and number of devices for existing users, 2) an increase in repurchase rates, and 3) more new users. Tuya's pricing for mass-produced IoT module plans starts at RMB15 and covers basic features such as smart connectivity, a public version of the app, and free connection to the Tuya Cloud. Pricing for developer solutions depends on the level of customization.

The other source is a cloud service fee that provides incremental value. Based on demand, customers can choose between public or private cloud services, which are usually priced according to the cloud and complementary services selected, with significant price differences between options. Cloud services provide incremental value to customers and build the company's end-to-end competitiveness.

**Fig.13: Pricing for Tuya's IoT PaaS services**

| Services | Price |
| --- | --- |
| End: support mobile APP/remote control/intelligent voice control connection | End: Module prices from minimum RMB 15/each |
| Cloud: Free connection to Tuya Cloud | Cloud: Based on customer demand |
| APP: provide public version APP | APP: Free for public version APP |

Source: Company website, company prospectus, Huatai Research

**IoT SaaS: deployed in high-potential industries, to serve as a growth driver in the next stage**
Tuya focuses on the consumer IoT industry and has established many benchmark projects. Tuya's industry SaaS business charges an annual subscription fee, and thus features good continuity and stability, which should become a growth driver at the next stage, in our view. Due to the large number of smart devices accumulated on Tuya's cloud platform, the company has been providing industry SaaS services for industry operators since 2020. It focuses on consumer IoT verticals, which have the lowest penetration rate, the most urgent need, and the most potential for the future, in our view.

Currently, multiple industries use smart business solutions, including real estate/community, commercial lighting/iBuilding, and hotel/apartment (residential). About the real estate/community SaaS, the company delivered more than 150 projects in 2021; in the commercial lighting/iBuilding field, the company's SaaS serves 180 companies and more than 300 projects in 12 countries and regions around the world; the first iBuilding SaaS project was launched in 4Q21. In terms of the hotel/apartment SaaS, the company has served 2,000 hotels with a total of 50,000 rooms.

**Tuya to continue to focus on the Chinese market and expansion of key accounts**
More than 90% of the company's SaaS business is in the Chinese market, and the company will still focus on the Chinese market to develop its SaaS business.

In terms of real estate/community/park SaaS, the company will continue to develop key Chinese accounts in the collaboration with city partners and expand its business to the park SaaS; readjust products to allow key customers to flexibly choose products according to their needs; and expand the application's new use case and develop online capabilities such as online ordering and open framework to enable the company's real estate/community SaaS product to interface with third-party hardware.

For hotel/apartment SaaS, the company will continue to expand its coverage and sales channels to increase the penetration rate of the long-tail market, focus on acquiring key accounts such as well-known hotel chains and let key accounts access its IoT Core, Tuya Cube, and industry SaaS service, and increase software subscription revenue by developing a hotel solution.

As far as commercial lighting/iBuilding SaaS is concerned, the company will focus on penetrating large customers as well as building and commercial lighting brand owners by forging partnerships with integrators and independent software vendors with resources and launch more landmark projects; develop value-added services such as human-centric lighting, energy-saving solutions, and provide the cloud edge, cloud services to certain customers with a private cloud need; and improve the company's integrated hardware and software solutions for each use case to accelerate deployment on a large scale.

As Tuya continues to strengthen its competitive advantage in its expansion process and the further formation of its IoT ecology, we believe that the SaaS business will become an important driver for its growth.

**Fig.14: Tuya's SaaS industry solutions**



- Easy lighting management through lighting layout maps
- Simulation of natural light to optimise the light environment

- Remote management of hotel operations by managers
- Adjustment of lighting, room temperature by hotel clients through an application
- Installation of activity detection devices in public areas to save on lighting and air conditioning costs

Tuya Real Estate/ Community    Tuya Commercial Lighting    Tuya iBuilding    Tuya Hotel/Apartment (Residential)

- Analyse residents' habits through big data to improve property management and enhance community living stickiness
- Real-time monitoring of utility usage and fault conditions

- Realize the functions of building digital twin intelligent body, intelligent security and fire protection management, intelligent equipment control, intelligent energy consumption management, logistics analysis and decision-making system, etc.

Source: Company website, Huatai Research

**Fig.15: Tuya Smart SaaS business has many benchmark projects**



Source: Company website, Huatai Research

### Smart device distribution and value-added services: helping foster the IoT eco-system

Aside from PaaS and SaaS, Tuya also provides smart device distribution services for important brands and system integrators. After the customer places an order, Tuya sources suitable smart devices from its OEM partners based on type of device, hardware specifications, and other requirements, so that the customer can directly purchase the machine deployed with IoT PaaS platform from Tuya. Strategically, the device distribution service is an approach designed for maintaining long-term customer relationships and improving customer experience. Although it will remain on a small scale, it is quite important.

**Fig.16: Tuya's device distribution services**

| | Service name | Services |
|---|---|---|
| **Distribution platforms** | Tuya Expo | B2B platform that connects smart device OEMs with global brand owners. |
| | Tuya Mall | Online sales platform to help brand customers set up their own online shopping malls to sell smart devices to B&C side users. |
| **Distribution services** | Smart devices distribution services |  |

Source: Company website, Company prospectus, Huatai Research

---

## Competitiveness analysis #1: E2E enables product intellectualization

**The fragmentation of scenarios in the consumer IoT industry has increased the need for vertical industry services.** Given the wave of industrial intelligence, consumer IoT industry verticals are expanding rapidly. On the one hand, highly compatible products are required for consumers to enjoy a consistent user experience. On the other hand, traditional manufacturers are faced with multiple difficulties in the process of upgrading devices to become intelligent, including complex development tools, long development cycles, and a shortage of development capabilities. In addition, due to the fragmentation of consumer IoT scenarios, a single PaaS platform cannot meet the demand. Thus, uniform access standards setting, device access, and other specific vertical industries' implementation services are needed.

**Tuya developed E2E capabilities as the core of its services to address industry pain points.** Unlike the model where the internet vendor provides only the standard PaaS platform and leaves the specific implementation of the business to the independent software vendors (ISV) partner, Tuya, which is committed to providing E2E solutions, has developed software for implementation delivery tools that is able to improve the service level and user experience by addressing batch delivery efficiency and post-delivery operation and maintenance efficiency, thereby further lowering the threshold of product intelligentization.

**Fig.17: Problems that PaaS companies should consider**



Source: Company data, Huatai Research

**Fig.18: Tuya's solutions solve industry challenges**

| Object | Industry pain points | Tuya solutions |
|---|---|---|
| Smart device manufacturers | Lack of development talent and technology | Scalable development talent and capabilities |
| | High cost and complexity of developing platforms, tools and applications | Visualisation reduces complexity |
| | Time consuming to enter market | Available in a few weeks or days, short time to market |
| Developers | Lack of standardised, easy to use developer infrastructure and tools | Zero/low code development and SDK packages for ease of use; neutral and highly compatible infrastructure |
| | | Powerful data analysis capabilities |
| End User | Inconsistent user experience | Delivering a unified and consistent user experience across products and brands |
| | High prices | Reasonable prices |

Source: Company prospectus, Huatai Research

*This report must be read with important disclosures and analyst certifications located on the end of the report.*

## Competitiveness analysis #2: neutrality empowers distinctive positioning

**With highly compatible and open technologies, Tuya has the advantage of full neutrality.** Its multi-cloud architecture, compatibility with most communication protocols, and seamless access to voice assistants of other cloud platforms enable it to meet developers' differentiated requirements for technical standards and business capabilities in various scenarios, allowing Tuya to realize a good marketplace both in China and abroad. In terms of applications, Tuya's not being in a competitive relationship with existing brands allows more brands to access the platform, thereby providing a consistent user experience for end-users.

**Fig.19: Protocols supported by Tuya**



Source: Company website, Huatai Research

**Fig.20: Tuya's partners and customers**



Source: Company website, Huatai Research

**Neutrality may become one of the key advantages that help Tuya gain further market share and build a unified IoT ecosystem.** For end-users, with the further penetration of IoT and the increase in the number of connected devices per capita, the demand for a unified control over multiple smart devices via a single platform/APP should increase. A third-party platform with a strong neutrality and compatibility with various brands could cater to this demand, in our view. For large brands, compared with traditional corporate platforms and technology firms' platforms that have a closed ecosystem, a strong brand, and entail direct business competition, third-party platforms that specialize in integration and do not seek to build B2C brands are more suitable choices, thus promoting cooperation with more well-known brands. For OEMs, third-party platforms can empower products across brands and categories, and access to third-party platforms allows OEMs to have more opportunities to integrate themselves into industry solutions and IoT scenarios.

**We believe that neutrality will help Tuya build its independent ecosystem for the IoT era, and thus become a hub connecting various brands, devices, developers, and end-users.**

## Competitiveness analysis #3: Ecosystem creates long-term edge

**Tuya has established an IoT ecosystem consisting of brands, OEMs, and end users.** As at end-2021, it had over 8,400 customers from over 220 countries and regions and its IoT PaaS had empowered over 5,500 brands to develop their smart devices, including leading brands such as Philips and Schneider Electric. It has attracted over 510,000 IoT developers from OEMs, TMT brands, operators, channels, SaaS service providers, B2C service providers, and other industries, and has developed hardware products, OS, apps, cloud, and mini-programs. By 3Q21, it had developed over 500,000 stock-keeping units (SKUs) of smart devices, leading the IoT PaaS industry in terms of the number of customers, empowered brands, developers, and new devices. Tuya has become a standard setter for the industry, in our view.

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

**We believe the self-reinforcing IoT ecosystem will fuel the company's long-term growth.** The Tuya IoT cloud platform provides an open architecture for users to connect to any platform and device, allowing users' unified management through a single portal, thereby improving efficiency while optimizing the user experience. As a result, more brands are joining the Tuya IoT platform in the hope of creating synergies with other brands' devices so as to expand their user base and improve customer retention. This network effect should further enhance brand awareness of Tuya and create a thriving IoT ecosystem.

**Fig.21: Tuya's IoT ecosystem**



Source: Company prospectus, Huatai Research

**Fig.22: Self-reinforcement of Tuya's ecosystem**



Source: Company prospectus, Huatai Research

## Competitiveness analysis #4: Global reach a hedge against negative impact

**Tuya's open and compatible technical architecture enables it to adapt to domestic and international market demand and set in place a global presence.** Tuya's open and compatible technical architecture allows it to achieve interconnections with Alexa and Google, making it a strong partner to assist Chinese companies in going global, in our opinion. According to Tuya's 2021 earnings briefing, 83% of its revenue came from overseas operations. In terms of revenue by region, the North American market contributed 25% of its revenue and Europe was the most important market, generating 34% of its revenue. Tuya plans to continue its regional diversification strategy to increase its global revenue.

**Fig.23: 70% of Tuya's revenue came from overseas operations**



Source: Company earnings call, Huatai Research

**Fig.24: Tuya's business distribution**



Source: Company website, Huatai Research

---

# Industry analysis: The value of IoT PaaS is gradually emerging

## The number of IoT connections is growing rapidly

**The number of IoT connections is growing steadily, and the network effect is driving IoT's value to further increase.** According to IoT Analytics, the number of global IoT connections exceeded 11.3bn in 2020, surpassing that of non-IoT connections for the first time. Over 2010-2020, the number of global IoT connections realized a 10-year CAGR of 30.3% and IoT Analytics estimates a CAGR of 21.8% from 2021 to 2025, indicating a rapid growth trend. In the context of the continuing expansion in the scale of IoT connections, the IoT market size is rising. According to the Global System for Mobile Communications Association (GSMA), the global IoT market size was USD248.0bn in 2020 and will exceed USD1tn by 2024, at a 2020-2025 CAGR of 44.6%.

**Fig.25: Global IoT connection scale**



Source: IoT Analytics (including estimates), Huatai Research

**Fig.26: Global IoT market size**



Source: GSMA (including estimates), Huatai Research

**The penetration rate of intelligent devices remains low, and the IoT industry has a vast growth space.** According to IDC, the average penetration rate of smart devices in incremental devices for household and commercial operations in 2019 stood at 4.3%, while that of smart devices in incremental devices related to industrial operations was 11.9%. With further improvement in digital infrastructure, further diversification of application scenarios, and continued enhancement of network effects, the smart device penetration rate from the appliance-side should increase significantly, in our view. According to IDC forecasts, the average penetration rate of smart devices in incremental devices for household/commercial operations and industrial operations will rise to 11.7/22.4% by 2024.

At present, the main scenarios for downstream applications of IoT in China have expanded to smart homes, vehicle networking, public services, and smart agriculture, etc. It is worth noting that popular segments, including household, commercial, and industrial, have huge growth potential. Based on CIC data and forecasts, the market size of IoT device shipments related to smart home and smart business was valued at RMB763mn in 2019and will grow to RMB2,495mn by 2024, at a 2019-2024 CAGR of 26.7%. Furthermore, CIC values the market size of IoT devices related to smart industry at RMB428mn as of 2019 and expects it grow to RMB1,311mn by 2024, at a 2019-2024 CAGR of 25.1%. Overall, CIC expects IoT device market shipments to grow at a CAGR of 25.1% from 2019 to 2024, pointing to plenty of potential for industry growth. According to IDC, intelligent transformation trends in the industry should to be a long-term theme.

**Fig.27: Global IoT device shipments**



Source: CIC (including estimates), Huatai Research

**Fig.28: Smart device penetration among new devices**



Source: IDC (including estimates), Company prospectus, Huatai Research

## Platform layer and application layer should further enhance Tuya's position

**The core value of the IoT industry chain lies in the platform layer and application layer.** The IoT industry is divided into four segments: perception layer, transmission layer, platform layer, and application layer. The core value of the IoT platform lies in the data collected and the application services provided based on data analysis after being connected to the IoT. Specifically, the PaaS platform is home to all types of applications and a huge amount of user data; the SaaS application layer makes it possible to further analyze the data and elicit value from it. **According to McKinsey data, 21% of the IoT industry chain's value is in the perception layer, 10% in the transmission layer, 34% in the platform layer, and 35% in the application layer. Given this, it is obvious that the value of the industry chain is mostly concentrated in the platform layer and the application layer.**

**Fig.29: IoT industry chain**



Source: McKinsey, Huatai Research

---

*This report must be read with important disclosures and analyst certifications located on the end of the report.*

As the continuing growth of IoT connections brings massive data, the IoT PaaS sector is set to grow rapidly. IoT PaaS platform providers can be divided into: connection management platforms (CMP), device management platforms (DMP), application enablement platforms (AEP), and business analysis platforms (BAP). These enhance the efficiency and reduce the cost of the application layer in the development process via platform capabilities. Most IoT PaaS platforms cover two or three of these functions and build their economic moat based on their advantages. In our view, given the fact that Tuya's PaaS platform layer connects SaaS service providers, end-users, and smart hardware manufacturers, it boasts a significant advantage in building an IoT ecosystem and may become the focus of competition between multiple parties in the medium term. We believe its accumulated massive endpoint data resources will help IoT PaaS providers grow into giant companies in the IoT era.

According to CIC forecasts, the market size of the global IoT PaaS industry was valued at USD72.2bn in 2019 and should reach USD171.7bn by 2024, with an average growth rate of 18.9% from 2019 to 2024. CIC valued the market size of China's PaaS sector at USD18.9bn in 2019 and estimates it to reach USD49.7bn in 2024, at a 2019-2024 CAGR of 21.3%.

**Fig.30: Global IoT PaaS market size**



Source: CIC (including estimates), Company prospectus, Huatai Research

**Fig.31: China IoT PaaS market size**



Source: CIC (including estimates), Company prospectus, Huatai Research

**IoT SaaS is ushering in a period of growth as the IoT PaaS platform layer matures and downstream applications expand rapidly.** According to IDC estimates, the global IoT SaaS market size was valued at USD129.2bn in 2019 and should grow to USD237.0bn by 2024, at a 2019-2024 CAGR of 12.9%. IDC valued China's IoT SaaS market size at USD21.5bn in 2019 and estimates it to reach USD42.9bn in 2024, at a 2019-2024 CAGR of 14.8%.

**Fig.32: Global and Chinese IoT SaaS market size**



Source: IDC (including estimates), Huatai Research

---

## IoT PaaS competitive landscape: multiple players, diverse styles

**Internet giants are proactively building up a presence in IoT PaaS, the "strategic fortress" in the IoT industry.** By categorizing the characteristics of the global vendors that offer IoT PaaS, we have broadly divided IoT PaaS vendors into five categories: 1) telecom operators, such as China Telecom and China Unicom, 2) internet giants, such as Alibaba and Amazon, 3) traditional enterprises, such as Haier and SANY, 4) technology companies, such as Huawei and Apple, and 5) third-party platforms, such as Tuya. Currently, mainstream vendors that are building up a presence in IoT PaaS are all proactively building IoT ecological platforms based on their core strengths and competing for dominance in the industrial ecology. We summarize below the characteristics, advantages, and disadvantages of these five categories of vendors based on their common features.

**Fig.33: Summary of the five types of IoT PaaS vendors**

| | Representatives | Features | Advantages | Disadvantages |
|---|---|---|---|---|
| **Telecom operators** | • China Mobile<br>• China Telecom<br>• China Unicom | • Mostly configured with CMP (Connection Management Platform), DMP (Device Management Platform)<br>• Provides terminal integration solutions for telecom services, communication chips and modules. | • Natural advantage in terms of connectivity with extensive coverage of infrastructure<br>• Extensive government and enterprise resources for commercialization of industrial IoT | • Lack of internet DNA<br>• Inadequate software development capabilities |
| **Internet giants** | • Alibaba<br>• Baidu<br>• Amazon<br>• Microsoft | • Mostly configured with ICP (Infrastructure Cloud Services Platform), AEP (Application Enablement Platform) and BAP (Business Analytics Platform)<br>• Emphasis on full-stack IoT capabilities, pan-industry links and an open ecosystem | • Long-term deep involvement in the internet business ecosystem<br>• Leading in cloud computing, analytical tools, AI technology<br>• ToC-terminal flows entrance advantage with the support of the original industrial economy | • Lack of end-to-end capability and global network<br>• Self-hosted IAAS, lacking cloud neutrality in the underlying architecture<br>• Weak base of smart hardware |
| **Traditional companies** | • Haier<br>• SANY | • Mostly configured with BAP (Business Analysis Platform)<br>• First focus on its own industry, reconfigure the industry and then develop the upper layer tools | • Accurate knowledge of industry pain points and demands<br>• Hardware has a market share base and can be used as an entry point for flow generation | • Lack of internet genes<br>• Inadequate software development capabilities<br>• Own brand, conflict of interest and channel conflicts with customers |
| **Technology companies** | • Xiaomi<br>• Huawei<br>• Apple | • Attracting flows from existing hardware to empower its own eco-chain companies<br>• Expanding IoT devices around the smart home | • Hardware has a market share base and can be used as an entry point for flow generation<br>• Hardware layout to form a closed loop, with first-mover advantage and high user loyalty | • A closed-loop brand ecology is not conducive to whole-house intelligence deployment<br>• Eco-chain companies lack the ability to produce core smart home products |
| **Third-party platforms** | • Tuya<br>• Gizwits | • Great flexibility in the choice of platform features, based on its own strategic choices | • Neutrality and high compatibility on communication protocols, cloud, smart hardware | • Initial difficulty in attracting flows<br>• Relatively weak technology accumulation and smart hardware integration |

Source: Company websites, Huatai Research

**The value of third-party IoT platforms is being gradually recognized, and the scale of connected devices is growing rapidly.** According to statistics from the China Academy of Information and Communication Technology (CAICT), as of 2020, among leading IoT platforms, the number of new connected devices and the yoy growth rate of the Tuya Smart platform were 117mn and 94%, respectively, ranking first in the industry. It was followed by Amazon Web Services (AWS; 75mn/26%, 39mn self-owned devices), Google Cloud (55mn/17%, 26mn self-owned devices), Haier (40mn/50%, 38mn self-owned devices), Xiaomi (39mn/32%, 37mn self-owned devices), and Alibaba Cloud (31mn/20%, 14mn self-owned devices). In addition, the increase in AWS, Google Cloud, and Alibaba Cloud's self-owned devices was mainly from smart speaker items.

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

**Fig.34: Number of new devices on IoT PaaS platforms, 2020**



Source: CAICT, Huatai Research

**Fig.35: Yoy increase in new devices on IoT PaaS platforms, 2020**



Source: CAICT, Huatai Research

**Fig.36: Operational data performance of major global IoT PaaS platforms**

| Type of company | Representative companies | Enter time | Operational data performance | Related products |
|---|---|---|---|---|
| Internet giants | Amazon | 2015 | More than 140,000 smart home products integrated with Alexa by 2020, 16.5 million Echo audio shipments in Q4 2020, accounting for 28.3% of total smart loudspeaker + smart screen shipments. | Echo Alexa FreeRTOS |
| | Alibaba | 2017 | Over 100 million connections, covering more than 200 countries, 1,000 categories and 2,000 brands. | Living IoT Platform AliCloud IoT Platform IoT studio AliOS things |
| Technology companies | Huawei | 2015 | In April 2021, the number of IoT devices connected to the Harmony OS has reached 300 million. | HiLink+HiAI Harmony OS Harmony Ecology |
| | Xiaomi | 2015 | In 2020, the number of connected IoT devices (excluding smartphones and laptops) on Xiaomi's AIoT platform reached 324 million; the number of monthly active users of Xiaoai reached 86.7 million. | Mijia Xiaoai Xiao IoT platform Xiaomi vale |
| Third-party platform vendors | Tuya | 2014 | The number of empowered devices reaches 204 million by the end of 2020. | TuyaOS |
| Telecom operators | China Telecom | 2017 | 200 million IoT users in 2019, with NB-IoT exceeding 40 million. | CTWing |
| Traditional manufacturing companies | Haier | 2014 | In 2020, the Haier Smart Home App had an average daily activity of 1.206 million, up 546% yoy, and a monthly activity of 24.8 million, up 803% yoy. | COSMOPlat |

Source: Company websites, Huatai Research

**We are positive on the short-term and long-term development momentum of third-party platforms. The characteristics of neutrality, E2E, and global resource coverage give third-party IoT platforms core advantages in the new stage of IoT development.**

**In the short run,** third-party platforms' E2E services enable traditional manufacturers' devices to migrate to the cloud and access the internet more easily, thus meeting the demand for the rapid digital transformation of enterprises. In addition, their global coverage of resources allows traditional manufacturers to quickly broaden channels, helping them explore new business growth pathways.

**In the long run,** with the further penetration of IoT and the increase in the number of connected devices per capita, the demand for unified control of multiple devices using a single platform/app will become increasingly stronger, in our view. Thus, we believe the elimination or merger of various IoT platforms will be an inevitable trend of the industry. The IoT ecosystem set in place by traditional enterprises, technology companies, and other manufacturers is characterized by being independent and closed, having a strong brand, and may involve direct business competition. Based on considerations such as competition and safety, we think the possibility that those vendors' ecosystems will become interconnected with each other is low. Instead, we think they would prefer to collaborate with third-party IoT platforms that focus on integration and do not involve B2C brands construction. We believe third-party platforms with strong neutrality and compatibility will enjoy a greater competitive advantage in the long-term development of IoT.

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

**Although third-party IoT platforms have some disadvantages such as smaller company size and lower R&D investment, we believe industry focus strategy can help address this concern.** Internet giants such as Aliyun can easily reuse its cloud capability across different sectors and thus reduce cost and build core competitiveness, while this is more difficult for third-party platforms. Besides, third-party platforms' size and R&D investment are smaller than that of the Internet giants. Tuya solves these concerns by focusing on customer IoT verticals, which have the lowest penetration rate, the most urgent need, and the most potential, in our view, so that it can accumulate better industry insights as well as customer resources in these fields. Using this strategy, Tuya has grown into the largest IoT platform in China.

**Fig.37: Top 5 Global IoT PaaS vendors by revenue, 2019**



Source: CIC, Huatai Research

**Fig.38: Top 5 Global IoT PaaS vendors by market share, 2019**



Note: Market share is calculated and measured by CIC based on the smart product empowerment revenue of each IoT PaaS vendor in the smart home and smart business sector in 2019, excluding watches, bracelets, and TVs.
Source: CIC, Huatai Research

*This report must be read with important disclosures and analyst certifications located on the end of the report.*

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

## Financial analysis and forecasts

We believe that in the short term, the company's 2022 revenue growth will be temporarily slowed by inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine. However, in the medium and long term, under the rapid growth in IoT connections, the global IoT market has a broad space for development. With its competitive advantages of neutrality, an end-to-end platform, and global resource coverage, we believe that the company will continue to maintain its leading position in the IoT PaaS market and achieve strong growth in its IoT SaaS business. Therefore, we expect that the company's revenue growth will return to normal in 2023 and 2024. We estimate the company's revenue in 2022E/2023E/2024E to increase by 10.28%/24.21%/22.11% yoy to USD333/414/505mn, respectively. In addition, thanks to its scale effect and a higher share of the high-GPM SaaS business, we expect Tuya's GPM to rise further, reaching 45.04%/47.77%/50.39% in 2022E/2023E/2024E, respectively (2021: 42.33%).

**Fig.39: Tuya: segment revenue forecast**

| (USDmn) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **IoT PaaS** | **152** | **261** | **268** | **308** | **348** |
| yoy | 99% | 72% | 3% | 15% | 13% |
| Number of customers | 3294 | 5500 | 5033 | 10840 | 11520 |
| Number of premium customers | 188 | 311 | 333 | 440 | 520 |
| Customers' ARPU (USD'000) | 46 | 48 | 54 | 29 | 30 |
| Premium customers' ARPU (USD'000) | 707 | 745 | 722 | 628 | 609 |
| **SaaS & others** | **6** | **19** | **32** | **59** | **96** |
| yoy | 214% | 204% | 70% | 86% | 64% |
| **Smart device distribution** | **22** | **22** | **33** | **47** | **61** |
| yoy | -20% | 1% | 50% | 40% | 30% |
| **Total revenue** | **180** | **302** | **333** | **414** | **505** |
| yoy | 70% | 68% | 10% | 24% | 22% |

Source: Company data, Huatai Research estimates

## Revenue analysis: IoT PaaS and SaaS businesses are growth engines

Tuya's 2020/2021 revenue was USD180/302mn, up 70.03%/67.94% yoy, mainly driven by the rapid growth of revenue from IoT PaaS and SaaS. The company's 2020/2021 IoT PaaS revenue reached USD152/261mn, up 99%/72% yoy; SaaS and other business revenue reached USD6.1/18.6mn, up 214%/204% yoy. In the short term, the slowdown in the growth of the consumer electronics market caused by inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine will put pressure on the company's revenue growth in 2022, in our view. In the medium and long term, under the rapid growth in IoT connections, the global IoT market has room for development. With its competitive advantages of neutrality, an end-to-end platform, and global resource coverage, we believe it should continue to maintain its leading edge in the IoT PaaS field and achieve strong growth in its IoT SaaS business. Therefore, we believe that its revenue growth rate in 2023 and 2024 will return to normal. We expect its revenue to grow 10%/24%/22% yoy to USD333/414/505mn in 2022/2023/2024.

**Fig.40: Tuya: Revenue breakdown**



Source: Company data, Huatai Research estimates

**Fig.41: Tuya: 2021 revenue breakdown**



Source: Company data, Huatai Research

**1) IoT PaaS**: In the short term, continued inflation in Europe and the US, rising shipping costs and weakening shipping capacity, and the conflict between Russia and Ukraine will slow down the demand for consumer electronics, in our view. We estimate that the growth rate of the company's PaaS business revenue in 2022 will be temporarily affected by the downturn in the consumer electronics market. The company is currently the world's largest IoT PaaS provider with a global market share of 16%. As the penetration rate of the IoT in consumer electronics will continue to increase, the global IoT PaaS market has a broad space for development. With the company's leading strength in the IoT PaaS market, we believe that IoT PaaS business will resume normal development in 2023 and 2024. We expect the company's revenue from IoT PaaS business to grow 3%/15%/13% yoy to USD268/308/348mn in 2022E/2023E/2024E.

**2) Industry SaaS**: Tuya's revenue from SaaS and value-added services totaled USD6.13/18.60mn in 2020/2021, up 214/204% yoy, mainly due to the robust demand for neutral industry SaaS solutions from brand operators. The company's industry SaaS business charges on a subscription basis, pointing to high user stickiness and revenue sustainability. Meanwhile, as the business is currently in a rapid development stage, we believe there is potential for customer expansion and an increase in the volume of payment per customer. We expect the company's industry SaaS business to grow 70%/86%/64% yoy to USD31.62/58.81/96.45mn in 2022E/2023E/2024E.

**3) Smart device distribution business**: similar to traditional distribution, this business acts as a bridge, with a small added value. Strategically, smart device distribution services are a long-term approach to maintaining customer relationships and improving customer experience, and thus we expect the business to remain at a small scale and generate steady revenue. We expect the company's smart device distribution business to grow 50%/40%/30% yoy to USD33.33/46.62/60.61mn in 2022E/2023E/2024E.

## Profitability analysis

**Tuya's GPM is in an upward trend thanks to the rising in PaaS business's GPM and continuing improvement in business structure.** The company's GPM increased from 34.4% in 2020 to 42.3% in 2021, an increase of 7.9pct, largely thanks to: 1) the PaaS business's GPM rising on the scale effect, and 2) improved business structure, where the proportion of high-GPM SaaS business increased and the proportion of low-GPM distribution business decreased.

**We believe there's still space for GPM growth** because: 1) with increased influence and the development of the IoT ecology, the company's upstream and downstream bargaining power should be further enhanced and the scale effect should be further enhanced; and 2) the potential of the high-GPM SaaS business should be further tapped, raising the overall GPM.

---

**Fig.42: Tuya: GPM from 2019 to 2024E**



Source: Company data, Huatai Research estimates

**Fig.43: Tuya: GPM by businesses from 2019 to 2024E**



Source: Company data, Huatai Research estimates

The company's operating expense ratio (non-GAAP) was 90.74%/68.61%/84.38 in 2019/2020/2021; the increase in expense ratio in 2021 was mainly due to the increase in share-based compensation expenses and employee-related costs. In the short term, with the accelerated expansion of business, we believe Tuya's R&D expenses, S&M expenses, and G&A expenses should rise. However, in the long term, we expect the period expense ratio to decrease as the company's industry influence increases, management efficiency improves, and its ecology continues to evolve. We expect Tuya's operating expense ratio to drop to 78.0%/65.5%/54.5% in 2022E/2023E/2024E.

**Fig.44: Tuya: Non-GAAP expenses to revenue ratios**



Source: Company data, Huatai Research estimates

Tuya's NPM was -61.7%/-31.9%/-36.2% in 2019/2020/2021. The negative NPM was due to the fact that the company is accelerating its pace of gaining market share as it is still in the early stage of development. As the market matures, we believe the company's scale effect and network effect should emerge and its non-GAAP NPM should reach - 28.6%/-14.9%/-2.1% in 2022E/2023E/2024E, and we expect the company to be profitable by 2025E.

Case 1:22-cv-06792-JPC-RFT    Document 138-11    Filed 04/25/24    Page 26 of 30

**Tuya Smart (TUYA US)**

華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

**Fig.45: Tuya: Net profit/loss (non-GAAP), 2019 to 2024E**



Source: Company data, Huatai Research estimates

**Fig.46: Tuya: Cash flow, 2019 to 2024E**



Source: Company data, Huatai Research estimates

## Risks

**1. Intensified competition in the industry.** As competition in the IoT PaaS and SaaS market is relatively intense, potential rivals in the market may develop and sell new products and services with comparable functions, which may affect the company's revenue growth and GPM.

**2. Customer expansion is weaker than we expect.** Its revenue growth may be affected if the company's expansion from IoT PaaS to upper SaaS applications is weaker than we expect.

**3. Increase in the price of upstream raw materials.** IoT modules are made from upstream chips. If the price of chips increases, it may not be fully passed on to downstream customers, thus affecting the gross margin of the company.

**Fig.47: Tuya Smart PE-Bands**



Source: S&P, Huatai Research

**Fig.48: Tuya Smart PB-Bands**



Source: S&P, Huatai Research

---

*This report must be read with important disclosures and analyst certifications located on the end of the report.*

25

**Tuya Smart (TUYA US)**



# Full financials

**Income statement**

| YE 31 Dec (USDmn) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenue | 179.87 | 302.08 | 333.11 | 413.77 | 505.24 |
| Cost of goods sold | (117.94) | (174.21) | (183.07) | (216.11) | (250.67) |
| **Gross margin** | 61.94 | 127.87 | 150.05 | 197.67 | 254.58 |
| Selling and distribution cost | (37.56) | (75.38) | (78.00) | (74.89) | (74.89) |
| Admin expenses | (17.87) | (71.59) | (80.46) | (85.01) | (89.39) |
| Other income/expenses | (77.43) | (174.29) | (180.68) | (196.77) | (201.86) |
| Financial cost-net | 3.22 | 7.29 | 13.20 | 10.00 | 8.00 |
| Share of P&L of associate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Profit before tax** | (66.71) | (174.93) | (174.22) | (146.94) | (101.05) |
| Tax expense | (0.21) | (0.49) | (0.49) | (0.41) | (0.28) |
| Minority interest/other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net profit** | (66.91) | (175.42) | (174.71) | (147.35) | (101.33) |
| Discount and amortization | (1.83) | (4.05) | (3.73) | (5.21) | (6.57) |
| EBITDA | (68.10) | (178.17) | (183.70) | (151.73) | (102.48) |
| EPS (USD, basic) | (0.15) | (0.36) | (0.27) | (0.23) | (0.16) |

**Cash flow statement**

| YE 31 Dec (USDmn) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| EBITDA | (68.10) | (178.17) | (183.70) | (151.73) | (102.48) |
| Finance costs | (3.22) | (7.29) | (13.20) | (10.00) | (8.00) |
| Changes in working cap | (8.02) | (34.09) | 37.44 | (37.21) | 26.28 |
| Tax | (0.21) | (0.49) | (0.49) | (0.41) | (0.28) |
| Others | 30.15 | 93.93 | 10.41 | 6.93 | 4.63 |
| **Operating cash flow** | (49.39) | (126.10) | (149.53) | (192.42) | (79.86) |
| Capital expenditure | (3.20) | (4.87) | (5.36) | (6.43) | (4.37) |
| Other investment activities | 16.33 | (108.09) | 22.38 | (29.59) | 21.42 |
| **Investing cash flow** | 13.12 | (112.96) | 17.02 | (36.02) | 17.05 |
| Increase in debt | 3.04 | 9.73 | 10.36 | 10.36 | 10.36 |
| Increase in equity | 0.00 | 918.00 | 0.00 | 0.00 | 0.00 |
| Dividends paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other financing activities | (3.03) | 114.07 | 13.20 | 10.00 | 8.00 |
| **Financing cash flow** | 0.01 | 1,042 | 23.56 | 20.36 | 18.36 |
| Changes in cash | (33.36) | 802.74 | (108.95) | (208.08) | (44.45) |
| Cash at start of year | 213.29 | 179.93 | 982.67 | 873.72 | 665.64 |
| Effect of forex rate chg, net | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Year-end cash** | 179.93 | 982.67 | 873.72 | 665.64 | 621.19 |

**Balance sheet**

| YE 31 Dec (USDmn) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Inventories | 42.27 | 62.58 | 49.80 | 73.41 | 59.21 |
| Account & bill receivables | 21.44 | 34.09 | 27.15 | 48.92 | 43.96 |
| Cash & cash equivalents | 179.93 | 1,067 | 873.72 | 665.64 | 621.19 |
| Other current assets | 4.58 | 27.88 | 30.67 | 33.74 | 37.11 |
| **Total current assets** | 248.22 | 1,191 | 981.34 | 821.72 | 761.48 |
| Fixed assets | 4.37 | 6.81 | 8.44 | 9.66 | 7.47 |
| Intangible assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other non-current assets | 14.73 | 50.08 | 27.69 | 57.29 | 35.87 |
| **Total non-current assets** | 19.11 | 56.88 | 36.13 | 66.95 | 43.33 |
| **Total assets** | 267.32 | 1,248 | 1,017 | 888.66 | 804.82 |
| Accounts payable | 53.68 | 52.55 | 70.27 | 78.45 | 85.57 |
| Short-term loans | 6.33 | 5.70 | 5.70 | 5.70 | 5.70 |
| Other liabilities | 31.92 | 50.85 | 50.85 | 50.85 | 50.85 |
| **Total current liabilities** | 91.93 | 109.10 | 126.81 | 134.99 | 142.11 |
| Interest -bearing bank borrowings | 5.69 | 16.05 | 26.41 | 36.77 | 47.13 |
| Other long term liabilities | 0.71 | 9.34 | 9.34 | 9.34 | 9.34 |
| **Total non-current liabilities** | 6.40 | 25.39 | 35.75 | 46.11 | 56.47 |
| Equity | 0.01 | 0.03 | 0.03 | 0.03 | 0.03 |
| Reserves/other items | 168.99 | 1,114 | 854.88 | 707.53 | 606.20 |
| Shareholder equity | 169.00 | 1,114 | 854.91 | 707.56 | 606.23 |
| Minority interests | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total equity** | 169.00 | 1,114 | 854.91 | 707.56 | 606.23 |

**Performance**

| YE 31 Dec (x) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **Growth (%)** | | | | | |
| Revenue | 70.03 | 67.94 | 10.28 | 24.21 | 22.11 |
| Gross profit | 122.91 | 106.45 | 17.35 | 31.74 | 28.79 |
| Operating profit | (4.89) | 162.81 | 2.10 | (16.27) | (30.52) |
| Net profit | 5.06 | (162.17) | 0.41 | 15.66 | 31.23 |
| EPS | (53.27) | 141.72 | (23.64) | (16.32) | (31.23) |
| **Profitability ratios (%)** | | | | | |
| Gross profit | 34.43 | 42.33 | 45.04 | 47.77 | 50.39 |
| EBITDA | (37.86) | (58.98) | (55.15) | (36.67) | (20.28) |
| Net profit | (37.20) | (58.07) | (52.45) | (35.61) | (20.06) |
| ROE | (34.09) | (27.35) | (17.75) | (18.86) | (15.43) |
| ROA | (24.48) | (23.15) | (15.42) | (15.46) | (11.97) |
| **Solvency** | | | | | |
| Net gearing ratio (%) | (99.36) | (93.83) | (98.45) | (88.07) | (93.75) |
| Current ratio | 2.70 | 10.92 | 7.74 | 6.09 | 5.36 |
| Quick ratio | 2.24 | 10.35 | 7.35 | 5.54 | 4.94 |
| **Operating capability (days)** | | | | | |
| Total assets turnover ratio (x) | 0.66 | 0.40 | 0.29 | 0.43 | 0.60 |
| Receivable | 27.19 | 33.09 | 33.09 | 33.09 | 33.09 |
| Payable | 122.75 | 109.76 | 120.76 | 123.87 | 117.78 |
| Inventory | 99.64 | 108.33 | 110.50 | 102.63 | 95.24 |
| Cash conversion cycle | 4.09 | 31.66 | 22.83 | 11.85 | 10.55 |
| **Index per share (USD)** | | | | | |
| EPS | (0.15) | (0.36) | (0.27) | (0.23) | (0.16) |
| Book value per share | 0.37 | 2.28 | 1.34 | 1.10 | 0.94 |

**Valuation**

| YE 31 Dec (x) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| PE | (20.49) | (8.48) | (11.10) | (13.27) | (19.29) |
| PB | 8.11 | 1.34 | 2.27 | 2.76 | 3.22 |
| EV EBITDA | (23.23) | (4.11) | (5.09) | (7.60) | (11.79) |
| Dividend yield (%) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FCF yield (%) | (4.63) | (12.68) | (8.86) | (11.40) | (4.71) |

Source: Company announcements, Huatai Research estimates

**Tuya Smart (TUYA US)**



# Disclaimers

**Analyst Certification**

I/We, HUANG Leping, YU Yi, hereby certify that the views expressed in this report accurately reflect the personal views of the analyst(s) about the subject securities or issuers; and no part of the compensation of the analyst(s) was, is, or will be, directly or indirectly, related to the inclusion of specific recommendations or views in this report.

**General Disclaimers and Disclosures**

This research report has been prepared by Huatai Financial Holdings (Hong Kong) Limited (hereinafter referred to as "HFHL"). The information herein is strictly confidential to the recipient. This report is intended for HFHL, its clients and associated companies. Any other person shall not be deemed a client of the Company merely from his or her receipt of this report.

This report is based on information deemed reliable and publicly available by HFHL, but HFHL and its associated company(ies) (collectively, hereinafter "Huatai") makes no guarantee as to the accuracy or completeness of such information.

The opinions, assessments and projections contained herein only reflect the views and judgments at the issuance date. Huatai may issue research reports that contain inconsistent views, assessments and projections with those set out herein at different times. The prices, values and investment returns of the securities or investment instruments referred to herein may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Huatai makes no warrants that the information in this report be kept up to date. The information contained in this report may be modified without notice by Huatai, and investors shall pay attention to such updates or modifications when necessary.

HFHL is not a U.S. Financial Industry Regulatory Authority ("FINRA") member firm, and HFHL research analysts are not registered/qualified as research analysts with FINRA.

While every effort has been made by Huatai to ensure the content contained herein is objective and impartial, the views, conclusions and recommendations in this report are for reference only and are not to be construed as an offer or solicitation for the purchase or sale of any security or financial instrument and in any jurisdiction where such offer or solicitation would be illegal. Such views and recommendations are not intended to provide personal investment advice and does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should give sufficient consideration to their own particular circumstances, and fully understand and use the contents of this report, which should not be seen as the sole factor to rely on in making investment decisions. Huatai and the report's authors shall under no circumstance be held liable for any direct, indirect or consequential losses or damages arising from or in connection with the use or reliance of this report or its contents. Any form of written or verbal commitment to share the proceeds or losses of any securities investment shall be regarded as null and void.

The subject of this report may include entities subject to a U.S. Presidential Executive Order which restricts the ability of U.S. persons to invest in specified companies now referred to as Chinese Military-Industrial Complex Companies ("CMIC") by the US Treasury Department's Office of Foreign Assets Control ("OFAC"). The analysis, opinions, and recommendations contained in this report are for reference only and does not constitute an offer or solicitation to buy or sell the securities, or an effort to facilitate the purchase or sale of the securities. Any "U.S. Person," defined as a U.S. citizen, permanent resident alien, entity organized under the laws of the U.S. or any jurisdiction within the U.S. (including foreign branches), or any person located in the U.S., should fully consider their own specific circumstances, and not directly or indirectly invest in any form of publicly traded securities of a CMIC, or their derivative securities, and use them as investment opportunities. For any securities-related transaction in the subject company restricted by a U.S. Presidential Executive Order, neither Huatai Securities & Co., Ltd, its subsidiaries, Huatai Securities (USA), Inc. or Huatai Financial Holdings (Hong Kong) Ltd, nor the author of this report shall bear any legal responsibility for any consequences resulting from the use of information contained in this report.

Unless otherwise indicated, the data quoted in this report represents past performance, which should not be used as a guide of future returns. Huatai does not promise or guarantee that any future return will be realized. The forecast made in the report is based on corresponding assumptions, and any change of assumptions may significantly affect the predicted return.

Huatai and the report's authors have no legally prohibited interest in the securities or investment instruments referred to herein, to the best of their knowledge. Huatai may, to the extent permitted by applicable law, hold positions in or trade securities issued by companies mentioned herein, and may also perform investment banking, financial advisory or other financial products related services for or solicit business from such companies.

Based on different assumptions, standards or adopting different analytical methods, Huatai's sales, traders or other professionals may, orally or in writing, express market comments and/or trading opinions inconsistent with the opinions and suggestions of this report. Huatai has no obligation to update this report. Huatai's asset management, proprietary and other investment services departments may independently make investment decisions that are inconsistent with the opinions or recommendations expressed in this report. Investors should take into account that Huatai and/or its related persons may have potential conflicts of interest that may affect the objectivity of the opinions in this report. Investors should not regard this report as the sole basis for their investment or other decisions. Specific disclosures in this regard are contained at the end of this report.

---



This report is not intended for any institution or individual investor of any region, country or other jurisdiction in which Huatai would violate local law or regulation; or subject Huatai to relevant law or regulation, due to the sending, publishing, or use of this report.

The copyright of this report is exclusively owned by HFHL. No organizations or individuals shall infringe the copyright of HFHL by any means, such as duplicating, reproducing, publishing, quoting or redistributing (in whole or in part) to any other person without the written consent of HFHL. Where HFHL agrees to quote or distribute, it shall be used within the permitted scope and obtain independent local advice to comply with applicable laws and regulations before distribution, and indicate the source as "Huatai HK Research". Any reference, deletion or modification inconsistent with the original intention of this report shall not be made. HFHL reserves the right to pursue legal actions against relevant infringement. All trademarks, service marks and marks used herein are trademarks, service marks and marks of HFHL.

### Hong Kong, China

In Hong Kong, this research report is prepared and distributed by HFHL, which is regulated by the Hong Kong Securities and Futures Commission and is the wholly owned subsidiary of Huatai International Financial Holdings Company Limited (华泰国际金融控股有限公司) which is a wholly-owned subsidiary of Huatai Securities Co., Ltd., a joint stock company incorporated in the People's Republic of China with limited liability under the Chinese corporate name "华泰证券股份有限公司". This research report is intended for use only by institutional and professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. Recipients of this research in Hong Kong may contact HFHL in respect of any matter arising from or in connection with this research.

### Important HK Regulatory Disclosures

- HFHL does not have an individual employed by or associated with it serves as an officer of any companies or issuers under its research coverage.
- ZHONGLIANG HOLDINGS (2772 HK), ZHEJIANG YANKON (600261 CH), XILINMEN (603008 CH), H&T (002402 CH), DAHUA (002236 CH), ARCSOFT (688088 CH), VENUSTECH (002439 CH), ZTE  (000063 CH), GOERTEK (002241 CH), HUAGONG (000988 CH), WLCSP (603005 CH), BEIJING INGENIC (300223 CH), QUECLINK WIRELESS (300590 CH): HFHL, its subsidiaries and/or affiliates, beneficially owns 1% or above of the subject company's(ies) market capitalisation.
- Please refer to the important disclosures on HFHL's website https://www.htsc.com.hk/stock_disclosure

Please see additional important disclosures under the section of **"Important US Regulatory Disclosures"**.

### United States

In the United States, this research report is distributed solely to institutional investors that meet US regulatory requirements by Huatai Securities（USA）Inc., which is a registered broker-dealer and member of FINRA. Huatai Securities (USA) Inc., accepts responsibility for the content of this research report in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934. Huatai Securities (USA) Inc.'s affiliate analysts are not registered/qualified as research analysts with FINRA, may not be associated persons of Huatai Securities (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by the analysts. Huatai Securities (USA) Inc. is a wholly-owned subsidiary of Huatai International Financial Holdings Company Limited (华泰国际金融控股有限公司) which is a wholly-owned subsidiary of Huatai Securities Co., Ltd. Any persons receiving this report directly from Huatai Securities (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Huatai Securities (USA) Inc.

### Important US Regulatory Disclosures

- HUANG Leping, YU Yi and their associates do not serve as an officer, director or advisor of the subject securities or issuers mentioned in this Research Report. The Analysts and their associates do not have any financial interests in relation to the subject securities or issuers mentioned in this Research Report. For the purposes of these disclosures, the term "associate" includes members of the analyst's household as defined by FINRA. Analysts receive compensation based upon the overall revenue and profitability of Huatai securities Co., Ltd, including revenues derived from its investment banking business.
- KAISA GROUP (1638 HK), SINO-OCEAN GP (3377 HK), China Mobile (941 HK), HUATIAN TECH (002185 CH), CHINA TELECOM (728 HK): Huatai Securities Co., Ltd., its subsidiaries and/or its affiliates have managed or co-managed a public or Rule 144A offering of the subject company's(ies') securities in the twelve months preceding the date of this report.
- KAISA GROUP (1638 HK), SINO-OCEAN GP (3377 HK), CHINA TELECOM (728 HK): Huatai Securities Co., Ltd., its subsidiaries and/or its affiliates have received compensation for investment banking services from the subject company(ies) in the twelve months preceding the date of publication of the research report.
- KAISA GROUP (1638 HK), SINO-OCEAN GP (3377 HK): Huatai Securities Co., Ltd, its subsidiaries and/or its affiliates expect to receive or intend to seek compensation for investment banking services from the subject company(ies) in the three months following the date of this report.
- ZHONGLIANG HOLDINGS (2772 HK), ZHEJIANG YANKON (600261 CH), XILINMEN (603008 CH), H&T (002402 CH), DAHUA (002236 CH), ARCSOFT (688088 CH), VENUSTECH (002439 CH), ZTE  (000063 CH), GOERTEK (002241 CH), HUAGONG (000988 CH), WLCSP (603005 CH), BEIJING INGENIC (300223 CH), QUECLINK WIRELESS (300590 CH): Huatai Securities Co., Ltd., its subsidiaries and/or affiliates, beneficially owns 1% or more of a class of common equity securities tof the subject company(ies).
- Huatai Securities Co., Ltd., its subsidiaries and/or its affiliates, from time to time sell to and buy from customers the securities/instruments of companies, both equities and debt (including derivatives) of companies covered in Huatai Securities Research on a principal or agency basis.
- Huatai Securities Co., Ltd., its subsidiaries and/or its affiliate(s), and/or their officers, directors and employees may, to the extent permitted by applicable law, have positions in any securities mentioned in this report (or in any related investment)



華泰金融控股（香港）有限公司
HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED

and may from time to time add to or dispose of any such securities (or investment). Therefore, investors should be aware that a conflict of interest may exist.

**Guide to Investment Rating**

The investment rating system is based on total return potential including all paid or anticipated dividends relative to that of the benchmark over the next 6-12 months after the release of the report.
The benchmark: CSI-300 Index for A share market. Hang Seng index for Hong Kong market. S&P 500 index for US market.

**Industry Rating Definitions**

**OVERWEIGHT:** The industry index is expected to outperform the benchmark
**NEUTRAL:** Performance of the industry index is expected to be in line with the benchmark
**UNDERWEIGHT:** The industry index is expected to significantly underperform the benchmark

**Stock Rating Definitions**

**BUY:** The stock price is expected to outperform the benchmark by more than 15%
**OVERWEIGHT:** The stock price is expected to outperform the benchmark by 5%~15%
**HOLD:** The performance of the stock relative to that of the benchmark is expected to be within -15%~5%
**SELL:** The stock price is expected to underperform the benchmark by more than 15%
**Rating suspended:** The rating, target price and estimates have been suspended temporarily to comply with applicable regulations and/or firm policies
**Not rated:** Stocks are not in regular research coverage. Investors should not expect continuing or additional information from Huatai relating to such securities and/or companies

**Legal Entity Disclosures**

**China:** Huatai Securities Co., Ltd is approved by the China Securities Regulatory Commission under a qualification to carry out "securities investment consulting" business. Business license no: 91320000704041011J
**Hong Kong:** Huatai Financial Holdings (Hong Kong) Limited holds a license issued by the Securities and Futures Commission in Hong Kong to carry out "advising on securities" business. License no: AOK809.
**USA:** Huatai Securities (USA) Inc. is a registered broker-dealer and member of FINRA. License no.: CRD#: 298809/SEC#: 8-70231.

**Huatai Securities Co., Ltd**

**Nanjing**
Building 1, Huatai Securities Plaza, No. 228 Jiangdong M Rd,
Jianye District, Nanjing, 210019
Tel: 86 25 83389999/Fax: 86 25 83387521
Email: ht-rd@htsc.com

**Beijing**
18F, Building A, No. 28 Fengsheng Hutong, Taipingqiao St,
Xicheng District, Beijing, 100032
Tel: 86 10 63211166/Fax: 86 10 63211275
Email: ht-rd@htsc.com

**Shenzhen**
10F, South Bosera Fund Building, No. 5999 Yitian Rd,
Futian District, Shenzhen, 518017
Tel: 86 755 82493932/Fax: 86 755 82492062
Email: ht-rd@htsc.com

**Shanghai**
23F, Building E, Poly Plaza, No. 18 Dongfang Rd,
Pudong District, Shanghai, 200120
Tel: 86 21 28972098/Fax: 86 21 28972068
Email: ht-rd@htsc.com

**Huatai Financial Holdings (Hong Kong) Limited**

Unit 5808-12, 58/F, The Center, 99 Queens Road Central, Central, HONG KONG
Tel: +852 3658 6000/Fax: +852 2169 0770
Email: research@htsc.com
http://www.htsc.com.hk/

**Huatai Securities (USA) Inc.**

41st Floor, 10 Hudson Yards, New York, NY 10001, UNITED STATES
Tel: 212-763-8160/Fax: 917-725-9702
Email: Huatai@htsc-us.com
http://www.htsc-us.com

© 2022 Huatai Securities Co., Ltd. All Rights Reserved