**Davis Polk**

Edmund Polubinski
+1 212 450 4695
edmund.polubinski@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

April 25, 2024

Re: *Lian v. Tuya Inc., et al.*, No. 1:22-cv-6792-JPC-RTF (S.D.N.Y.)

Hon. Robyn L. Tarnofsky
United States District Court
  Southern District of New York
500 Pearl Street, Room 703
New York, NY  10007

Dear Judge Tarnofsky:

Pursuant to the Court's March 8, 2024 and March 15, 2024 Orders (Dkts. 124, 128), we respectfully submit this letter on behalf of all Parties to the above-referenced action to identify disputes about discovery and a proposed scheduling order.  The Report of Rule 26(f) Meeting and Proposed Case Management Plan filed earlier today (Dkt. 139 (the "Report")) describes these disputes and the Parties' positions in detail.

First, earlier today, Defendants filed a Motion for Judgment on the Pleadings pursuant to Rule 12(c) (Dkt. 136 (the "Motion")), in which Defendants seek dismissal of this case in its entirety.  As reflected in **Section 6 of the Report** (pp. 8–12), the Parties do not agree as to whether the filing of the Motion triggers the automatic stay of discovery under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u–4(b)(3)(B).

Second, and relatedly, the Parties do not agree on the schedule that would prevail if discovery were to proceed.  The Parties' competing proposals are set forth in **Sections 5, 9, 11 and 13 of the Report** (pp. 4–8; 12–14).

Third, as set forth in **Section 7 of the Report** (p. 12), the Parties disagree on whether further amendment of the complaint should be permitted.

Finally, as reflected in **Section 5(a) of the Report** (pp. 5–6), the Parties disagree as to whether it is necessary or appropriate at this time to modify Rule 30(a)(2)'s default limit of 10 depositions per side.

Respectfully submitted,

/s/ *Edmund Polubinski*

Edmund Polubinski

cc:  All Counsel of Record (via Electronic Filing)