UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
XIAOMENG LIAN, *individually and on behalf of all* :
*others similarly situated*, *et al.*, :
:
                      Plaintiffs, :      22 Civ. 6792 (JPC)
:
       -v-                                :        ORDER
:
TUYA INC., XUEJI (JERRY) WANG, LIAOHAN :
(LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, :
SCOTT SANDELL, CARMEN CHANG, JEFF :
IMMELT, QING GAO, JING HONG, MORGAN :
STANLEY & CO. LLC, BofA SECURITIES, INC., and :
CHINA INTERNATIONAL CAPITAL CORPORATION :
HONG KONG SECURITIES LIMITED, :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 7, 2025, the Court issued an Opinion and Order granting Defendants' motion for judgment on the pleadings on the remaining causes of action asserted in Plaintiffs' Amended Complaint, Dkt. 56. Dkt. 156 at 30. The Court granted Plaintiffs leave to file a second amended complaint on or before March 28, 2025. *Id.* That deadline, however, has now passed, and Plaintiffs have neither filed a further amended pleading nor sought an extension of time to do so. Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Defendants dismissing all claims asserted in the Amended Complaint, Dkt. 56, with prejudice, and to close this case.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York                            _____
                                                       JOHN P. CRONAN
                                                    United States District Judge