UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
XIAOMENG LIAN, individually and on behalf of all others similarly situated, et al.,

                Plaintiffs,

-against-                                          22 **CIVIL** 6792 (JPC)

## **JUDGMENT**

TUYA INC., XUEJI (JERRY) WANG, LIAOHAN (LEO) CHEN, YI (ALEX) YANG, YAO (JESSIE) LIU, SCOTT SANDELL, CARMEN CHANG, JEFF IMMELT, QING GAO, JING HONG, MORGAN STANLEY & CO. LLC, BofA SECURITIES, INC., and CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, the Court issued an Opinion and Order on March 7, 2025 granting Defendants' motion for judgment on the pleadings on the remaining causes of action asserted in Plaintiffs' Amended Complaint, Dkt. 56. Dkt. 156 at 30. The Court granted Plaintiffs leave to file a second amended complaint on or before March 28, 2025. Id. That deadline, however, has now passed, and Plaintiffs have neither filed a further amended pleading nor sought an extension of time to do so. Judgment is entered in favor of Defendants dismissing all claims asserted in the Amended Complaint, Dkt. 56, with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                                       **TAMMI M HELLWIG**
                                                                          **Clerk of Court**

                                **BY:**          *K. Mango*

                                                                           **Deputy Clerk**